SAWYER & LABAR LLP
ADRIAN SAWYER (State Bar No. 203712)
  *sawyer@sawyerlabar.com*
1700 Montgomery Street, Suite 108
San Francisco, California 94111
Telephone: 415.262.3820

CAHILL GORDON & REINDEL LLP
JOEL KURTZBERG (*pro hac vice forthcoming*)
  *jkurtzberg@cahill.com*
IVAN TORRES (*pro hac vice forthcoming*)
  *itorres@cahill.com*
JASON ECKER (*pro hac vice forthcoming*)
  *jecker@cahill.com*
32 Old Slip
New York, NY 10005
Telephone: 212.701.3445

*Counsel for Defendants*
*X.AI Corp. and X.AI LLC*

BERGER MONTAGUE PC
SOPHIA M. RIOS (State Bar No. 305801)
  *srios@bergermontague.com*
8241 La Mesa Blvd., Suite A
La Mesa, CA 91942
Telephone: 619.489.0300

E. MICHELLE DRAKE (*pro hac vice forthcoming*)
  *emdrake@bergermontague.com*
1229 Tyler Street NE, Suite 205
Minneapolis, MN 55413
Telephone: 612.594.5999

JAMES HANNAWAY (*pro hac vice*)
  *jhannaway@bergermontague.com*
1001 G Street, NW
Suite 400 East
Washington, DC 20001
Telephone: 202.559-9740

*Counsel for Plaintiff*
*Jane Doe*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| JANE DOE, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>X.AI CORP. and X.AI LLC,<br><br>Defendants. | Case No. 5:26-cv-00772-PCP<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING PRELIMINARY SCHEDULING MATTERS; DECLARATION OF JOEL KURTZBERG (CIV. L.R. 6-2)**<br><br>**Judge:** Hon. P. Casey Pitts |

Pursuant to Local Rule 6-2, the parties stipulate as follows:

**WHEREAS**, on January 23, 2026, Plaintiff filed this action [Dkt. No. 1];

**WHEREAS**, on January 26, 2026, this Court entered an Order Setting Initial Case Management Conference and ADR Deadlines, scheduling the deadline to file a Joint Case Management Statement for April 16, 2026, and the Initial Case Management Conference for April 23, 2026 at 1:00 P.M. [Dkt. No. 6];

**WHEREAS**, on February 10, 2026, service of the Complaint was completed on Defendant X.AI Corp. and service has not yet been completed on Defendant X.AI LLC;

**WHEREAS**, on February 17, 2026, Plaintiff's Counsel and Defendants' Counsel met and conferred regarding coordinating a schedule for Defendants' response to Plaintiff's Complaint;

**WHEREAS**, on February 17, 2026, Defendants' Counsel advised Plaintiff's Counsel that Defendants intend to file a motion to transfer this case to the Northern District of Texas pursuant to 28 U.S.C. § 1404(a) (the "Motion to Transfer");

**WHEREAS**, in the interest of judicial economy and to confirm what forum is the correct one for this matter and which jurisdiction's laws apply to Plaintiff's claims, the parties request an adjournment of Defendants' deadline to answer, move, or otherwise respond to the Complaint until after this Court rules on their anticipated Motion to Transfer;

**WHEREAS**, in the interest of judicial economy and because Defendants intend to file a motion to dismiss that is dispositive of the entire case (the "Motion to Dismiss") if the Motion to Transfer is denied, the parties request an adjournment of the deadline to file a Joint Case Management Statement and to continue the Initial Case Management Conference; and

**WHEREAS**, Defendant X.AI LLC has agreed to waive service of the Complaint after the parties file this stipulation.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between

Plaintiff and Defendants, through their undersigned counsel, as follows, subject to Court approval:

1. Defendants shall file their anticipated Motion to Transfer by April 1, 2026;

2. Plaintiff shall file any opposition to the Motion to Transfer by April 29, 2026;

3. Defendants shall file any reply in further support of the Motion to Transfer by May 8, 2026; and

4. Defendants' deadline to answer, move, or otherwise respond to the Complaint, will be extended as follows:

   a. If the Motion to Transfer is denied, Defendants' deadline to answer, move, or otherwise respond to the Complaint will be adjourned until 21 days after this Court enters its order on the Motion to Transfer.

   b. If the Motion to Transfer is granted, Defendants' deadline to answer, move, or otherwise respond to the Complaint will be adjourned and the parties will meet and confer regarding an appropriate schedule for Defendants' deadline to answer, move, or otherwise respond to the Complaint once the above-captioned action is transferred to the Northern District of Texas.

5. In accordance with this Court's Standing Order for Civil Cases, the Initial Case Management Conference is adjourned to a date that is at least 30 days after this Court issues a decision on the Motion to Dismiss, and the deadline to submit a Joint Case Management Statement is adjourned until 7 days prior to the date of the Initial Case Management Conference.

| | | |
|---|---|---|
| 1 | Dated: March 2, 2026 | */s/ Adrian Sawyer* |
| 2 | | Adrian Sawyer, State Bar No. 203712 |
| | | SAWYER & LABAR LLP |
| 3 | | 1700 Montgomery Street, Suite 108 |
| | | San Francisco, California 94111 |
| 4 | | Telephone: 415.262.3820 |
| | | sawyer@sawyerlabar.com |

Joel Kurtzberg (*pro hac vice forthcoming*)
Ivan Torres (*pro hac vice forthcoming*)
CAHILL GORDON & REINDEL LLP
32 Old Slip
New York, NY 10005
Telephone: 212.701.3120
jkurtzberg@cahill.com
itorres@cahill.com

***Counsel for Defendants***
*X.AI Corp. and X.AI LLC*

Dated: March 2, 2026     */s/ Sophia M. Rios*

Sophia M. Rios (State Bar No. 305801)
srios@bergermontague.com
BERGER MONTAGUE PC
8241 La Mesa Blvd., Suite A
La Mesa, CA 91942
Telephone: 619.489.0300

E. Michelle Drake (*pro hac vice forthcoming*)
1229 Tyler Street NE, Suite 205
Minneapolis, MN 55413
Telephone: 612.594.5999
emdrake@bergermontague.com

James Hannaway (*pro hac vice*)
jhannaway@bergermontague.com
1001 G Street, NW
Suite 400 East
Washington, DC 20001
Telephone: 202.559-9740

***Counsel for Plaintiff***
*Jane Doe*

Case No. 5:26-cv-00772-PCP

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING PRELIMINARY SCHEDULING MATTERS

1     **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2     Dated: March 5, 2026

3                                               Hon. P. Casey Pitts