**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| JANE DOE 1, JANE DOE 2, a minor, and JANE DOE 3, a minor,<br><br>Plaintiff,<br><br>v.<br><br>X.AI CORP. and X.AI LLC,<br><br>Defendants. | Case No.   5:26-cv-772-PCP<br><br>[PROPOSED] **ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 3-12** |

Before the Court is an administrative motion to consider whether cases should be related (the "Motion"), filed by Plaintiffs Jane Doe 1, Jane Doe 2, and Jane Doe 3, named plaintiffs in the putative class action titled, *Doe 1, et al., v. x.AI Corp., et al.,* No. 5:26-cv-2246 (N.D. Cal.) (the "Minors Class Action"). Having considered the papers submitted in support, and in opposition, if any, and for good cause shown, the Court ORDERS as follows:

1.    The Motion is GRANTED;

2.    The Minors Class Action is deemed related to *Doe v. x.AI Corp., et al.,* No. 5:26-cv-00772 (N.D. Cal.); and

3.    ~~The Minors Class Action is hereby reassigned to the Honorable P. Casey Pitts.~~

**IT IS SO ORDERED.**

Dated: March 26, 2026                                   _____

3454340.1                                   - 1 -      [PROPOSED] ORDER GRANTING
                                                        ADMIN. MOTION TO CONSIDER WHETHER CASES SHOULD
                                                        BE RELATED