Sophia M. Rios (SBN 305801)
**BERGER MONTAGUE PC**
8241 La Mesa Blvd, Suite A
La Mesa, CA 91942
Tel: (619) 489-0300
srios@bergermontague.com

*Counsel for Jane Doe*

[Additional Counsel for Parties Listed on Signature Page]

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| JANE DOE, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>X.AI CORP. and X.AI LLC,<br><br>Defendants. | Case No. 5:26-cv-00772-PCP<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING DEADLINE FOR AMENDED COMPLAINT** |

Plaintiff Jane Doe ("Plaintiff Doe") in the action entitled *Doe v. x.AI Corp. et al.*, No 5:26-cv-00772- PCP (N.D. Cal.) and Defendants X.AI Corp. and X.AI LLC ("xAI"), hereby stipulate and agree that the Court should vacate the March 5, 2026 Joint Stipulation and Order Regarding Preliminary Scheduling Matters and set a deadline by which Plaintiff Doe shall file an amended complaint, and set a deadline for the parties to submit a joint proposal regarding scheduling for preliminary matters.

WHEREAS, Plaintiff Doe filed a complaint in this Court on January 23, 2026 [Dkt. No. 1];

WHEREAS, X.AI Corp. was served on February 10, 2026 and X.AI LLC waived service on March 5, 2026, but neither xAI Defendant has yet filed an Answer to Plaintiff Doe's complaint;

WHEREAS, Plaintiff Doe and Defendants filed a Joint Stipulation and Proposed Order Regarding Preliminary Scheduling Matters requesting that the Court enter a schedule for Defendants' intended Motion to Transfer [Dkt. No. 13];

WHEREAS, the Court entered that stipulation on March 5, 2026, setting Defendants' deadline to file a Motion to Transfer in response to the complaint for April 1, 2026 and postponing Defendants' deadline to file a Rule 12 motion until after the Motion to Transfer is decided [Dkt. No. 18];

WHEREAS, Plaintiffs Jane Does No. 1-3 ("Minor Plaintiffs") filed a complaint in this Court on March 16, 2026 in the action entitled *Doe 1 et al. v. x.AI Corp. et al.*, No. 5:26-cv-2246 (N.D. Cal.) [Case No. 5:26-cv-2246, Dkt. No. 1];

WHEREAS, Minor Plaintiffs promptly filed an Administrative Motion to Consider Whether Cases Should be related [Dkt. No. 22];

WHEREAS, the Court related the two cases on March 26, 2026 [Dkt. 25];

WHEREAS, Plaintiff Doe intends to file an Amended Complaint and will be prepared to do so within 28 days of the Court's entry of this stipulated order;

WHEREAS, the Parties agree that deferring the Defendants' response until after Plaintiff Doe files an Amended Complaint will conserve party and judicial resources.

1

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the undersigned Parties, subject to the Court's approval, by and through their undersigned counsel:

1.    Defendants' April 1, 2026 deadline to file a Motion to Transfer Plaintiff Doe's Complaint is hereby vacated.

2.    Plaintiff Doe will file an Amended Complaint within twenty-eight (28) days of entry of an order approving this stipulation.

3.    Within seven (7) days of the filing of the Amended Complaint, the Parties will meet and confer, and submit to the Court a joint proposed briefing schedule for Defendants to file a (i) Motion to Transfer, and/or (ii) subsequent responsive motions if necessary.

**IT IS SO STIPULATED.**

Dated: April 2, 2026                    Respectfully submitted,


/s/ Sophia M. Rios                          /s/ Joel Kurtzberg
Sophia M. Rios, SBN 305801              Adrian Sawyer, State Bar No. 203712
BERGER MONTAGUE PC                      SAWYER & LABAR LLP
8241 La Mesa Blvd., Suite A             1700 Montgomery Street, Suite 108
La Mesa, CA 91942                       San Francisco, CA 94111
Tel: (619) 489-0300                     Telephone: 415.262.3820
srios@bergermontague.com                sawyer@sawyerlabar.com

E. Michelle Drake (*pro hac vice* forthcoming)    Joel Kurtzberg (admitted *pro hac vice*)
BERGER MONTAGUE PC                      Ivan Torres (admitted *pro hac vice*)
1229 Tyler Street NE, Suite 205         CAHILL GORDON & REINDEL LLP
Minneapolis, MN 55413                   32 Old Slip
Tel: (612) 594-5999                     New York, NY 10005
emdrake@bergermontague.com              Telephone: 212.701.3120
                                        jkurtzberg@cahill.com
James Hannaway (*pro hac vice*)         itorres@cahill.com
BERGER MONTAGUE PC
1001 G Street, NW, Suite 400 East       *Attorneys for Defendants X.AI Corp. and X.AI*
Washington, DC 20001                    *LLC*
Tel: (202) 559-9740
jhannaway@bergermontague.com

*Counsel for Jane Doe*

STIPULATION AND [PROPOSED] ORDER SETTING
DEADLINE FOR AMENDED COMPLAINT
Case No. 5:26-cv-00772-PCP

# [PROPOSED] ORDER

PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, **IT IS SO ORDERED.**

DATED: _____April 3_____, 2026

_____
HONORABLE P. CASEY PITTS
UNITED STATES DISTRICT JUDGE

3

STIPULATION AND [PROPOSED] ORDER SETTING
DEADLINE FOR AMENDED COMPLAINT
Case No. 5:26-cv-00772-PCP

### DECLARATION OF SOPHIA M. RIOS

I, Sophia M. Rios, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am a shareholder with Berger Montague PC, counsel of record for Plaintiff Jane Doe. I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify thereto. I make this declaration pursuant to Civil Local Rule 6-2(a) in support of the Parties' STIPULATION AND [PROPOSED] ORDER SETTING DEADLINE FOR AMENDED COMPLAINT (the "Joint Stipulation").

2. The parties have met and conferred and respectfully suggest that the amended schedule as set forth in the parties' Joint Stipulation is in the interest of judicial economy, as well as the interest of the parties.

3. There has been only one previous modification of the schedule in this case.

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 2nd day of April, 2026, at La Mesa, California.

*/s/ Sophia M. Rios*
Sophia M. Rios

4

STIPULATION AND [PROPOSED] ORDER SETTING
DEADLINE FOR AMENDED COMPLAINT
Case No. 5:26-cv-00772-PCP

## ATTESTATION

I, Sophia M. Rios, attest that all other signatures listed, and those on whose behalf the Stipulation is submitted, concur in the Stipulation's contents and have authorized the filing.

*/s/ Sophia M. Rios*
Sophia M. Rios

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify the foregoing document is being served today on all counsel of record in this case via transmission of Notice of Electronic Filing generated by CM/ECF.

*/s/ Sophia M. Rios*
Sophia M. Rios

STIPULATION AND [PROPOSED] ORDER SETTING
DEADLINE FOR AMENDED COMPLAINT
Case No. 5:26-cv-00772-PCP