SAWYER & LABAR LLP
ADRIAN SAWYER (State Bar No. 203712)
  *sawyer@sawyerlabar.com*
1700 Montgomery Street, Suite 108
San Francisco, California 94111
Telephone: 415.262.3820

*Counsel for Defendants*

[Additional Counsel for Parties Listed on Signature Page]

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| JANE DOE, SOUTH CAROLINA ROE, NEW JERSEY DOE, and OHIO DOE on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>X.AI CORP. and X.AI LLC,<br><br>Defendants. | Case No. 5:26-cv-00772-PCP<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING PRELIMINARY SCHEDULING MATTERS; DECLARATION OF JOEL KURTZBERG (CIV. L.R. 6-2)** |

Plaintiffs and Defendants hereby stipulate and agree that the Court should set the following deadlines in accordance with the Parties' agreement as set forth below.

WHEREAS, Plaintiff filed the Complaint in this Court on January 23, 2026 [Dkt. No. 1];

WHEREAS, Plaintiff and Defendants filed a Stipulation regarding the deadline for Plaintiff to file an Amended Complaint and further preliminary scheduling matters [Dkt. No. 26] on April 2, 2026;

WHEREAS, the Court so-ordered the Stipulation regarding the deadline for Plaintiff to file an Amended Complaint and further preliminary scheduling matters on April 3, 2026, pursuant to which Plaintiff's Amended Complaint was due to be filed within twenty-eight (28) days of the entry of that order (i.e., on or before May 1, 2026) [Dkt. No. 27];

WHEREAS, Plaintiffs filed the Amended Class Action Complaint in this Court on May 1, 2026 [Dkt. No. 28];

WHEREAS, pursuant to the Stipulation regarding the deadline for Plaintiff to file an Amended Complaint and vacating the deadline for Defendants to file a Motion to Transfer, the parties were required to meet and confer regarding a proposed briefing schedule for Defendants to file (i) a Motion to Transfer, and/or (ii) subsequent responsive motions if necessary [*see* Dkt. No. 27 ¶ 3];

WHEREAS, on the April 6, 2026, the parties met and conferred and came to an agreement regarding the briefing schedule for Defendant's Motion to Transfer; and

WHEREAS, Plaintiffs have also met and conferred with plaintiffs' counsel in *Doe 1 et al.* v. *x.AI Corp. et al.*, No. 5:26-cv-2246 (N.D. Cal.) and have advised Defendants that plaintiffs' counsel in *Doe 1 et al.* v. *x.AI Corp. et al.*, No. 5:26-cv-2246 (N.D. Cal.) have agreed to participate in meeting and conferring about potential consolidation after resolution of the Motion to Transfer.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties in the above-captioned action, subject to the Court's approval, by and through their undersigned counsel:

1.    The deadline for Defendants to file the Motion to Transfer is June 5, 2026.

2.      The deadline for Plaintiffs to file an opposition to Defendants' Motion to Transfer is June 26, 2026.

3.      The deadline for Defendants to file a reply in support of the Motion to Transfer is July 15, 2026.

4.      Within fourteen days of resolution of the Motion to Transfer, the parties will meet and confer regarding potential consolidation of this case and *Doe 1 et al.* v. *x.AI Corp. et al.*, No. 5:26-cv-2246 (N.D. Cal.) and, regarding an appropriate schedule for Defendants' deadline to answer, move, or otherwise respond to Plaintiffs' Amended Complaint.

**IT IS SO STIPULATED.**

Dated: May 8, 2026                                   Respectfully submitted,


*/s/ Sophia M. Rios*                                 */s/ Adrian Sawyer*
Sophia M. Rios, SBN 305801                  Adrian Sawyer, State Bar No. 203712
BERGER MONTAGUE PC                       SAWYER & LABAR LLP
8241 La Mesa Blvd., Suite A                   1700 Montgomery Street, Suite 108
La Mesa, CA 91942                                 San Francisco, CA 94111
Tel: (619) 489-0300                                Telephone: 415.262.3820
srios@bergermontague.com                    sawyer@sawyerlabar.com


E. Michelle Drake*                                Joel Kurtzberg (admitted *pro hac vice*)
BERGER MONTAGUE PC                       Ivan Torres (admitted *pro hac vice*)
1229 Tyler Street NE, Suite 205              CAHILL GORDON & REINDEL LLP
Minneapolis, MN 55413                         32 Old Slip
Tel: (612) 594-5999                               New York, NY 10005
emdrake@bergermontague.com               Telephone: 212.701.3120
                                                         jkurtzberg@cahill.com
James Hannaway*                                  itorres@cahill.com
BERGER MONTAGUE PC
1001 G Street, NW, Suite 400 East           *Counsel for Defendants*
Washington, DC 20001
Tel: (202) 559-9740
jhannaway@bergermontague.com


*pro hac vice
Counsel for Plaintiffs*

JOINT STIPULATION AND [PROPOSED] ORDER SETTING DEADLINE FOR DEFENDANTS'
FORTHCOMING MOTION TO TRANSFER
Case No. 5:26-cv-00772-PCP

## [PROPOSED] ORDER

PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, **IT IS SO ORDERED.**

DATED: _____, 2026

_____
HONORABLE P. CASEY PITTS
UNITED STATES DISTRICT JUDGE

JOINT STIPULATION AND [PROPOSED] ORDER SETTING DEADLINE FOR DEFENDANTS'
FORTHCOMING MOTION TO TRANSFER
Case No. 5:26-cv-00772-PCP

# **DECLARATION OF JOEL KURTZBERG**

I, Joel Kurtzberg, declare as follows:

1.      I am an attorney duly admitted to practice before this Court *pro hac vice*. I am a partner with Cahill Gordon & Reindel LLP, counsel of record for Defendants X.AI Corp. and X.AI LLC. I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify thereto. I make this declaration pursuant to Civil Local Rule 6-2(a) in support of the Parties' JOINT STIPULATION AND [PROPOSED] ORDER SETTING DEADLINE FOR DEFENDANTS' FORTHCOMING MOTION TO TRANSFER (the "Joint Stipulation").

2.      The parties have met and conferred and respectfully suggest that the deadlines as set forth in the Joint Stipulation is in the interest of judicial economy, as well as the interest of the parties.

3.      There have been three previous modifications of the schedule in this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 8th day of May, 2026, at New York, New York.

/s/ Joel Kurtzberg

Joel Kurtzberg

4

**ATTESTATION**

I, Adrian Sawyer, attest that all other signatures listed, and those on whose behalf the Joint Stipulation is submitted, concur in the Joint Stipulation's contents and have authorized the filing.

/s/  Adrian Sawyer
Adrian Sawyer

**CERTIFICATE OF SERVICE**

I hereby certify that on May 8, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify the foregoing document is being served today on all counsel of record in this case via transmission of Notice of Electronic Filing generated by CM/ECF.

/s/ Adrian Sawyer
Adrian Sawyer

JOINT STIPULATION AND [PROPOSED] ORDER SETTING DEADLINE FOR DEFENDANTS'
FORCHTCOMING MOTION TO TRANSFER
Case No. 5:26-cv-00772-PCP