SAWYER & LABAR LLP
ADRIAN SAWYER (State Bar No. 203712)
  *sawyer@sawyerlabar.com*
1700 Montgomery Street, Suite 108
San Francisco, California 94111
Telephone: 415.262.3820

*Counsel for Defendants*

[Additional Counsel for Parties Listed on Signature Page]

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| JANE DOE, SOUTH CAROLINA ROE, NEW JERSEY DOE, and OHIO DOE on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>X.AI CORP. and X.AI LLC,<br><br>Defendants. | Case No. 5:26-cv-00772-PCP<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER SETTING DEADLINE FOR OPPOSITION TO MOTION TO PROCEED UNDER PSEUDONYM** |

Plaintiffs and Defendants, hereby stipulate and agree that the Court should vacate Defendants' deadline to respond to Plaintiffs' Motion to Proceed Under Pseudonym and set a deadline in accordance with the Parties' agreement as set forth below.

WHEREAS, Plaintiffs filed the Amended Class Action Complaint in this Court on May 1, 2026 [Dkt. No. 28];

WHEREAS, Plaintiffs also filed a Motion to Proceed Under Pseudonym on May 4, 2026 [Dkt. No. 29];

WHEREAS, Defendants' opposition to Plaintiffs' Motion to Proceed Under Pseudonym would be due on May 8, 2026;

WHEREAS, the Parties agree that the deadline for Defendants to oppose Plaintiffs' Motion to Proceed Under Pseudonym should be vacated and postponed by one week.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties in the above-captioned action, subject to the Court's approval, by and through their undersigned counsel:

1.    Defendants' May 8, 2026 deadline to file an opposition to Plaintiffs' Motion to Proceed Under Pseudonym is hereby vacated.

2.    Defendants may file an opposition to Plaintiffs' Motion to Proceed Under Pseudonym by May 15, 2026.

**IT IS SO STIPULATED.**

Dated: May 6, 2026                                   Respectfully submitted,


*/s/ Sophia M. Rios*                                */s/ Adrian Sawyer*
Sophia M. Rios, SBN 305801             Adrian Sawyer, State Bar No. 203712
BERGER MONTAGUE PC                  SAWYER & LABAR LLP
8241 La Mesa Blvd., Suite A               1700 Montgomery Street, Suite 108
La Mesa, CA 91942                             San Francisco, CA 94111
Tel: (619) 489-0300                             Telephone: 415.262.3820
srios@bergermontague.com                 sawyer@sawyerlabar.com

E. Michelle Drake*
BERGER MONTAGUE PC
1229 Tyler Street NE, Suite 205
Minneapolis, MN 55413
Tel: (612) 594-5999
emdrake@bergermontague.com

James Hannaway*
BERGER MONTAGUE PC
1001 G Street, NW, Suite 400 East
Washington, DC 20001
Tel: (202) 559-9740
jhannaway@bergermontague.com

*pro hac vice

Counsel for Plaintiffs

Joel Kurtzberg (admitted *pro hac vice*)
Ivan Torres (admitted *pro hac vice*)
CAHILL GORDON & REINDEL LLP
32 Old Slip
New York, NY 10005
Telephone: 212.701.3120
jkurtzberg@cahill.com
itorres@cahill.com

*Counsel for Defendants*

[PROPOSED] ORDER

PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, **IT IS SO ORDERED.**

DATED: _____May 11_____, 2026

_____
HONORABLE P. CASEY PITTS
UNITED STATES DISTRICT JUDGE

3

## **DECLARATION OF JOEL KURTZBERG**

I, Joel Kurtzberg, declare as follows:

1.    I am an attorney duly admitted to practice before this Court *pro hac vice*. I am a partner with Cahill Gordon & Reindel LLP, counsel of record for Defendants X.AI Corp. and X.AI LLC. I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify thereto. I make this declaration pursuant to Civil Local Rule 6-2(a) in support of the Parties' Joint Stipulation Setting Deadline for Opposition to Motion to Proceed Under Pseudonym (the "Joint Stipulation").

2.    The parties have met and conferred and respectfully suggest that the amended deadline as set forth in the Parties' Joint Stipulation is in the interest of judicial economy, as well as the interest of the Parties.

3.    There have been two previous modifications of the schedule in this case, but neither of which addressed the deadline at issue in the Joint Stipulation.

4.    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 6th day of May, 2026, at New York, New York.

/s/ Joel Kurtzberg
Joel Kurtzberg

4

JOINT STIPULATION AND [PROPOSED] ORDER SETTING DEADLINE FOR
OPPOSITION TO MOTION TO PROCEED UNDER PSEUDONYM
Case No. 5:26-cv-00772-PCP

**ATTESTATION**

I, Adrian Sawyer, attest that all other signatures listed, and those on whose behalf the Joint Stipulation is submitted, concur in the Joint Stipulation's contents and have authorized the filing.

/s/ Adrian Sawyer
Adrian Sawyer

**CERTIFICATE OF SERVICE**

I hereby certify that on May 6, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify the foregoing document is being served today on all counsel of record in this case via transmission of Notice of Electronic Filing generated by CM/ECF.

/s/ Adrian Sawyer
Adrian Sawyer

JOINT STIPULATION AND [PROPOSED] ORDER SETTING DEADLINE FOR
OPPOSITION TO MOTION TO PROCEED UNDER PSEUDONYM
Case No. 5:26-cv-00772-PCP