SAWYER & LABAR LLP
ADRIAN SAWYER (State Bar No. 203712)
  *sawyer@sawyerlabar.com*
1700 Montgomery Street, Suite 108
San Francisco, California 94111
Telephone: 415.262.3820

CAHILL GORDON & REINDEL LLP
JOEL KURTZBERG (*admitted pro hac vice*)
  *jkurtzberg@cahill.com*
IVAN TORRES (*admitted pro hac vice*)
  *itorres@cahill.com*
32 Old Slip
New York, NY 10005
Telephone: 212.701.3445

*Counsel for Defendants*
*X.AI Corp. and X.AI LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| JANE DOE, SOUTH CAROLINA ROE, NEW JERSEY DOE, and OHIO DOE on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>X.AI CORP. and X.AI LLC,<br><br>Defendants. | Case No. 5:26-cv-00772-PCP<br><br>**DECLARATION OF JOEL KURTZBERG IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' ADMINISTRATIVE MOTION TO PROCEED UNDER PSEUDONYMS**<br><br>**Judge:** Hon. P. Casey Pitts |

Case No. 5:26-cv-00772-PCP

DECLARATION OF JOEL KURTZBERG IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' ADMINISTRATIVE MOTION TO PROCEED UNDER PSEUDONYMS

I, Joel Kurtzberg, declare and state as follows:

1.      I am a Partner at Cahill Gordon & Reindel LLP and counsel for Defendants X.AI Corp. and X.AI LLC (collectively, "Defendants" or "X.AI").  I am a member of the Bar of the State of New York and  have been admitted *pro hac vice* in this matter.  (ECF No. 16.)  Unless otherwise specified, I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would competently testify thereto.

2.      I submit this declaration in support of Defendants' Opposition to Plaintiffs' Administrative Motion to Proceed Under Pseudonyms in the above-captioned proceeding and to place before the Court true and correct copies of documents for the Court to consider in deciding the motion.

3.      Attached hereto as **Exhibit 1** is a true and correct copy of the landing page for Emma's Myspace's TikTok account, available at https://www.tiktok.com/@emmasmyspaceasmr, last visited on May 15, 2026, indicating that it has at least 1.3 million followers and 54.1 million likes.

4.      Attached as **Exhibit 2** is a true and correct copy of a January 6, 2026 NBC News article titled "The mother of one of Elon Musk's children says his AI bot won't stop creating sexualized images of her," available at https://www.nbcnews.com/tech/elon-musk/mother-one-elon-musks-children-says-ai-bot-wont-stop-creating-sexualiz-rcna252416, last visited on May 15, 2026, in which Ashley St. Clair is described as "a high-profile conservative content creator who has a child with X's owner, Elon Musk."

5.      Attached as **Exhibit 3** is a true and correct copy of Nina Jankowicz's faculty biography as posted on Columbia University's Institute of Global Politics website, available at https://igp.sipa.columbia.edu/communities-connections/faculty/nina-jankowicz, last visited on May 15, 2026, indicating that Nina Jankowicz is the former head of the Disinformation

DECLARATION OF JOEL KURTZBERG IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' ADMINISTRATIVE MOTION TO PROCEED UNDER PSEUDONYMS

Governance Board of the U.S. Department of Homeland Security, who has written and spoken extensively about online harassment.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 15, 2026 in New York, New York.

/s/ *Joel Kurtzberg*

2                                    Case No. 5:26-cv-00772-PCP

DECLARATION OF JOEL KURTZBERG IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS'
ADMINISTRATIVE MOTION TO PROCEED UNDER PSEUDONYMS