# Exhibit 3

# Nina Jankowicz

Cofounder and CEO of the American Sunlight Project

TOP



# Biography

Nina Jankowicz, the co-founder and CEO of The American Sunlight Project, is an internationally-recognized expert on disinformation and democratization, one of TIME magazine's 100 Most Influential People in AI, and the author of two books: *How to Lose the Information War* (2020), which *The New Yorker* called "a persuasive new book on disinformation as a geopolitical strategy," and *How to Be A Woman Online* (2022), an examination of online abuse and disinformation and tips for fighting back, which *Publishers Weekly* named "essential." Jankowicz has advised governments, international organizations, and tech companies, and testified before the US Congress, and the UK, Canadian, and European Parliaments.

In 2022, Jankowicz was appointed to lead the Disinformation Governance Board, an intra-agency best practices and coordination entity at the Department of Homeland Security; she resigned the position after a sustained disinformation campaign caused the Biden Administration to abandon the project. From 2017-2022, Jankowicz has held fellowships at the Wilson Center, where she led accessible, actionable research about the effects of disinformation on women and freedom of expression around the world. She advised the Ukrainian Foreign Ministry on strategic communications under the auspices of a Fulbright-Clinton Public Policy Fellowship in 2016-17. Early in her career, she managed democracy assistance programs to Russia and Belarus at the National Democratic Institute.