**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

|  |  |
|---|---|
| JANE DOE, SOUTH CAROLINA ROE, NEW JERSEY DOE, and OHIO DOE on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>X.AI CORP. and X.AI LLC,<br><br>Defendants. | Case No. 5:26-cv-00772-PCP<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' ADMINISTRATIVE MOTION TO PROCEED UNDER PSEUDONYMS** |

Having considered Plaintiffs' Administrative Motion To Proceed Under Pseudonyms, IT IS HEREBY ORDERED that:

1. The Motion is DENIED; and

2. South Carolina Roe, New Jersey Doe, and Ohio Doe must proceed under their true names.

**IT IS SO ORDERED**.

Dated: _____, 2026

_____
P. CASEY PITTS
UNITED STATES DISTRICT JUDGE

Case No. 5:26-cv-00772-PCP

[PROPOSED] ORDER DENYING PLAINTIFFS' ADMINISTRATIVE MOTION TO PROCEED UNDER PSEUDONYMS