Sophia M. Rios (SBN 305801)
BERGER MONTAGUE PC
8241 La Mesa Blvd, Suite A
La Mesa, CA 91942
Tel. 619-489-0300
Fax: 612-584-4470
srios@bergermontague.com

*Counsel for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| JANE DOE, SOUTH CAROLINA ROE, NEW JERSEY DOE, and OHIO DOE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>X.AI CORP. and X.AI LLC,<br><br>Defendants. | Case No. 5:26-cv-00772-PCP<br><br>**DECLARATION OF SOPHIA M. RIOS IN OPPOSITION TO DEFENDANTS' MOTION TO COMPEL SOUTH CAROLINA DOE TO COMPLY WITH FRCP 10(A), OR, IN THE ALTERNATIVE, FOR LEAVE TO MOVE FOR RECONSIDERATION OF ORDER GRANTING ADMINISTRATIVE MOTION TO PROCEED UNDER PSEUDONYM**<br><br>Date: July 9, 2026<br>Time: 10:00 a.m.<br>Courtroom: 8, 4th Fl<br>Judge: Hon. P. Casey Pitts |

1.    I am an attorney licensed, authorized, and admitted to practice law before this Court and the federal and state courts of the State of California. I am a Shareholder of the law firm Berger Montague PC and counsel of record for Plaintiff Jane Doe ("Plaintiff" or "South Carolina Doe") in the above-captioned matter. I have personal knowledge of all facts stated in this declaration, and if called to testify, I could and would testify competently thereto.

2.    This declaration is made in support of Plaintiff's Opposition to Defendants' Motion to Compel Compliance with Federal Rule of Civil Procedure 10(a), or, in the Alternative, Motion for Leave to Move for Reconsideration (ECF No. 35) ("Mot." or "Motion").

3.    Plaintiff South Carolina Doe filed the Complaint in this matter on January 23, 2026. ECF 1. Plaintiff filed an Administrative Motion to Proceed Under Pseudonym, ECF No. 4, which the Court granted on January 29, 2026. ECF No. 9.

4.    On March 10, 2026, the parties filed a Proposed Stipulated Protective Order (ECF No. 20), which was entered by the Court with modification on March 11, 2026. Before filing the Proposed Stipulated Protective Order, counsel for Plaintiffs had informed counsel for Defendant that they intended to designate South Carolina Doe's name and other PII as confidential pursuant to the protective order.

5.    Consistent with the Court's January 29, 2026 order, South Carolina Doe has redacted her real name and signature on the declaration she submits in support of her Opposition to the Motion. ECF No. 9 at 2.

6.    Plaintiffs South Carolina Roe, Ohio Doe, and New Jersey Doe have also requested to proceed under pseudonyms in this matter. ECF No. 29. Plaintiffs, for the reasons provided in that motion and described in the Opposition, have also redacted their real names and signatures from their declarations submitted in support of the Opposition. Plaintiffs are willing to provide unredacted copies of their declarations to the Court under seal if the Court desires to review the unredacted declarations.

7.    On April 30, 2026, counsel for Plaintiffs notified counsel for Defendants that they intended to ask the court to allow the new Plaintiffs being added to the amended complaint

to proceed pseudonymously and asked Defendant to stipulate to that motion.

8. On May 1, 2026, counsel for Defendants declined to take a position on the request. In response, counsel for Plaintiffs requested that, if, in reviewing the motion, counsel for Defendants became aware of any serious prejudice to Defendants, they inform counsel for Plaintiffs so that the parties could confer about it.

9. Defendants' counsel did not seek to meet and confer prior to the filing of Defendants' Motion.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on May 29, 2026, in La Mesa, California.

/s/ Sophia M. Rios
Sophia M. Rios (SBN 305801)