Docusign Envelope ID: A30D0668-B2C1-8C6F-81B4-CC94CG7AE131

Sophia M. Rios (SBN 305801)
BERGER MONTAGUE PC
8241 La Mesa Blvd, Suite A
La Mesa, CA 91942
Tel. 619-489-0300
Fax: 612-584-4470
srios@bergermontague.com

*Counsel for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| JANE DOE, SOUTH CAROLINA ROE, NEW JERSEY DOE, and OHIO DOE on behalf of themselves and all others similarly situated,<br><br>               Plaintiffs,<br><br>    v.<br><br>X.AI CORP. and X.AI LLC,<br><br>               Defendants. | Case No. 5:26-cv-00772-PCP<br><br>**DECLARATION OF SOUTH CAROLINA DOE IN SUPPORT OF OPPOSITION TO DEFENDANTS MOTION TO COMPEL SOUTH CAROLINA DOE TO COMPLY WITH FRCP 10(A), OR, IN THE ALTERNATIVE, FOR LEAVE TO MOVE FOR RECONSIDERATION OF ORDER GRANTING ADMINISTRATIVE MOTION TO PROCEED UNDER PSEUDONYM** |

1.    I am the Plaintiff identified in the Amended Complaint in this matter as South Carolina Doe. ECF No. 28. I am over the age of eighteen (18) and competent to make this declaration. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2.    On January 2, 2026, I posted a photo of myself to my X account. In the photo, I am fully clothed.

3.    On January 3, 2026, I awoke to find that Grok had used the image I posted to create an image of me stripped down to a revealing bikini. While this image did not show me fully nude, it is highly revealing and shows my body in a way that I would not ever share publicly.

4.    I experienced severe emotional distress after viewing the deepfake. I was shocked and embarrassed by the deepfake, and it caused me to panic as I was overwhelmed with thoughts of who would see the deepfake and think that I had taken the image myself.

5.    I was worried that my employer or coworkers could see the deepfake and was stressed that it could violate policies for employee conduct and that I could suffer negative consequences at work and in my career. My employer places particular emphasis on maintaining a professional image.

6.    I was also overcome with disgust at the thought of what the individual who had asked Grok to create the deepfake was doing with the photo. I had no control over the deepfake, which remained public for multiple days, and anyone, including the user that had asked Grok to create deepfake, could have saved it. I believe it is likely the individual who asked Grok to make the image saved it because he wanted the image in the first place.

7.    I was also distraught because anyone who saved the image could further disseminate the image, including at any time in the future, and could further alter the deepfake with Grok to make it sexually explicit or fully nude, and Grok would comply by creating and disseminating such a deepfake.

DECLARATION OF SOUTH
CAROLINA DOE
                                          1                          CASE No. 5:26-CV-00772

8.      Around this time, I saw on X that those who spoke out against Grok creating revealing deepfakes were retaliated against. Specifically, I saw that when it became known that a woman named Ashley St. Clair intended to pursue legal action in connection with the deepfakes Grok created of her, the use of Grok to attack her and create additional deepfakes of her increased in both volume and in the nature of the extreme deepfake images that people began to create of her. Grok complied with these harassing and humiliating requests.

9.      If I were forced to reveal my name publicly as part of this case, I would fear that those who support Elon Musk, his companies, and Grok, whom I have observed to be very vocal online, would find my name in the public record, disseminate it, dox me,[1] and retaliate against me by creating additional and more extreme deepfakes of me using images of me that are online. Like most people, there are images of me online that could be used to create deepfakes and they would not be hard to find once my name became public because my social medial handles often contain my first and middle name. The harm from a deepfake occurs the moment it is made—such images are not empty online threats.

10.      I also fear that those who support Elon Musk, his companies, and Grok would harass me or my family members on social media and would try to make my life harder and negatively impact my employment.

11.      Revealing my identity would also likely lead to the dissemination of the same image that caused me severe distress and the same harassment I have seen others face.

/

/

/

/

/

/

---

[1] "Dox" refers to means is the internet-based practice of researching, gathering, and publicly releasing a person's private or personally identifiable information without their consent.

DECLARATION OF SOUTH CAROLINA DOE                    2                    CASE NO. 5:26-CV-00772

12.     My goal in this case is to prevent the harm I faced from Grok creating a deepfake that depicted me in a sexualized and revealing way. Revealing my name would subject me to the same harms and worse. It would be intimidating and I would have to seriously consider my continued participation in the case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 28, 2026, in Denmark, South Carolina.



DECLARATION OF SOUTH CAROLINA DOE                3                CASE NO. 5:26-CV-00772