Sophia M. Rios (SBN 305801)
BERGER MONTAGUE PC
8241 La Mesa Blvd, Suite A
La Mesa, CA 91942
Tel. 619-489-0300
Fax: 612-584-4470
srios@bergermontague.com

*Counsel for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| JANE DOE, SOUTH CAROLINA ROE, NEW JERSEY DOE, and OHIO DOE on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>X.AI CORP. and X.AI LLC,<br><br>Defendants. | Case No. 5:26-cv-00772-PCP<br><br>**DECLARATION OF SOUTH CAROLINA ROE IN SUPPORT OF OPPOSITION TO DEFENDANTS MOTION TO COMPEL SOUTH CAROLINA DOE TO COMPLY WITH FRCP 10(A), OR, IN THE ALTERNATIVE, FOR LEAVE TO MOVE FOR RECONSIDERATION OF ORDER GRANTING ADMINISTRATIVE MOTION TO PROCEED UNDER PSEUDONYM** |

1. I am the Plaintiff identified in the Amended Complaint in this matter as South Carolina Roe. ECF No. 28. I am over the age of eighteen (18) and competent to make this declaration. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. The morning of February 26, 2026, I was awakened by a police officer. My home, which I share with my mother and father, was being searched by law enforcement officials.

3. I learned from law enforcement officials that my father was facing criminal charges related to the possession and distribution of CSAM.

4. I have learned that Grok altered several images depicting me in a bed with my father. Grok altered the images to make it appear as if we had just consummated a sexual act.

5. I do not recall being in a bed with my father as an adult. While I have not seen the deepfakes myself, I understand that they depict me as a minor.

6. I do not know if these images were shared online or if others possess them.

7. It is possible that additional deepfakes of me were generated by Grok and I have yet to find out about them because they are subject to an ongoing criminal investigation.

8. I feel intense anxiety about the creation and dissemination of the images xAI created. I have suffered from anxiety, depression, stress, and drastic mood swings. I see a therapist to cope with the psychological symptoms resulting from my experience. I am distraught that I have no control over the deepfakes. I live in fear that the images created of me using xAI tools may continue to be distributed. There is also nothing preventing those dealing in child sex abuse material from seeking out, and potentially finding, the deepfakes depicting me.

9. I am aware of others facing similar harm. Others, including public and non-public figures, have publicly asked Grok to stop creating images of them. The result has been increased harassment. I observed that after making such statements or requests, online trolls

DECLARATION OF SOUTH CAROLINA ROE                    1                    CASE NO. 5:26-CV-00772

would ask Grok to create even more deepfakes of the person with even more extreme sexualized and revealing depictions, after which Grok created the deepfakes.

10.     If I were forced to reveal my name publicly as part of this case, I would fear that those who support Elon Musk, his companies, and Grok, whom I have observed to be very vocal online, would find my name in the public record, disseminate it, dox me,[1] and retaliate against me by creating additional and more extreme deepfakes of me using images of me that are online. The harm from a deepfake occurs the moment it is made—such images are not empty online threats.

11.     Publicly identifying me would cause me untold harm. There is a stigma with being a victim of a sex-related crime, and my situation is worse because the perpetrator is my father. No person should have to go through what I did, and no one should have to be harassed for taking steps to stop this from happening again.

12.     My goal in this case is to prevent the harm I faced from Grok creating deepfakes that depicted me in a sexualized and revealing way. Revealing my name would subject me to the same harms and worse. If I were forced to reveal my name publicly as part of this case, I would have to seriously consider withdrawing as a Plaintiff.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 28, 2026, in South Carolina.



---

[1] "Dox" refers to the internet-based practice of researching, gathering, and publicly releasing a person's private or personally identifiable information without their consent.

DECLARATION OF SOUTH CAROLINA ROE                    2                    CASE NO. 5:26-CV-00772