Docusign Envelope ID: 15646CD7-3564-8605-8164-79E61EF3FABB

Sophia M. Rios (SBN 305801)
BERGER MONTAGUE PC
8241 La Mesa Blvd, Suite A
La Mesa, CA 91942
Tel. 619-489-0300
Fax: 612-584-4470
srios@bergermontague.com

*Counsel for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| JANE DOE, SOUTH CAROLINA ROE, NEW JERSEY DOE, and OHIO DOE on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> X.AI CORP. and X.AI LLC, <br><br> Defendants. | Case No. 5:26-cv-00772-PCP <br><br> **DECLARATION OF NEW JERSEY DOE IN SUPPORT OF OPPOSITION TO DEFENDANTS MOTION TO COMPEL SOUTH CAROLINA DOE TO COMPLY WITH FRCP 10(A), OR, IN THE ALTERNATIVE, FOR LEAVE TO MOVE FOR RECONSIDERATION OF ORDER GRANTING ADMINISTRATIVE MOTION TO PROCEED UNDER PSEUDONYM** |

1.     I am the Plaintiff identified in the Amended Complaint in this matter as New Jersey Doe. ECF No. 28. I am over the age of eighteen (18) and competent to make this declaration. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2.     On January 3, 2026, I posted a photo of myself to my X account. In the photo, I am shirtless and wearing pants.

3.     While on X on January 4, 2026, I observed the trend of Grok creating and posting deepfakes of individuals without their consent. I publicly posted a request on X that Grok not create images of me without my consent.

4.     Shortly after 1 AM on January 5, 2026, I discovered that Grok had created and publicly posted an altered image of me in a jock strap.

5.     Later in the morning of January 5, 2026, I discovered that Grok had created and publicly posted another altered image of me, this time with his back facing the viewer, wearing a thong, and spreading his butt cheeks.

6.     Both images are highly revealing and show my body in a way that I would not show publicly. The second image, in particular, is essentially pornographic.

7.     I believe that publicly requesting that Grok not create deepfakes depicting me brought my account to the attention of online trolls that were using Grok to harass and cause distress to those, like me, that had publicly opposed Grok's creation of nonconsensual deepfakes. I am aware of others, including non-public figures like me, that publicly asked Grok to stop creating images of them. The result was that they faced increased harassment like the kind I faced. I observed individuals asking Grok to create even more extreme deepfakes after users opposed xAI's conduct.

8.     I experienced severe emotional distress after viewing the deepfakes depicting me. I was shocked and embarrassed by the deepfakes, and it caused me to panic as I was

---

DECLARATION OF NEW
JERSEY DOE

1

CASE NO. 5:26-CV-00772

overwhelmed with thoughts of who would see the deepfakes and think that I had taken the images myself.

9.     I was worried that my employer or coworkers could see the deepfakes and was stressed that it could violate policies for employee conduct and that I could suffer negative consequences at work and in my career. Because my role is public facing and I interact with clients, my employer places particular emphasis on maintaining a professional image.

10.     I was overcome with disgust at the thought of what the individual who had asked Grok to create the deepfakes was doing with the photos. I had no control over the deepfakes and anyone, including the user that had asked Grok to create deepfakes, could save them and share them somewhere else for others to view. I was also distraught because anyone could further alter the deepfakes with Grok to make them even more sexually explicit or fully nude, and Grok would comply by creating and disseminating such deepfakes.

11.     If I were forced to reveal my name publicly as part of this case, I would fear that those who support Elon Musk, his companies, and Grok, whom I have observed to be very vocal online, would find my name in the public record, disseminate it, dox me,[1] and retaliate against me by creating additional and more extreme deepfakes of me using images of me that are online. The harm from a deepfake occurs the moment it is made—such images are not empty online threats.

12.     Revealing my name could also lead to the further dissemination of the existing deepfakes that were public for weeks and seen and possibly saved by unknown numbers of people.

13.     My goal in this case is to prevent the harm I faced from Grok creating deepfakes that depicted me in a sexualized and revealing way. Revealing my name would subject me to

---

[1] "Dox" refers to means is the internet-based practice of researching, gathering, and publicly releasing a person's private or personally identifiable information without their consent.

DECLARATION OF NEW JERSEY DOE                    2                    CASE NO. 5:26-CV-00772

the same harms and worse. If I were forced to reveal my name publicly as part of this case, I would have to seriously consider withdrawing as a Plaintiff.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 28, 2026, in Jersey City, New Jersey.



DECLARATION OF NEW JERSEY DOE    3    CASE NO. 5:26-CV-00772