Sophia M. Rios (SBN 305801)
BERGER MONTAGUE PC
8241 La Mesa Blvd, Suite A
La Mesa, CA 91942
Tel. 619-489-0300
Fax: 612-584-4470
srios@bergermontague.com

*Counsel for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

|  |  |
|---|---|
| JANE DOE, SOUTH CAROLINA ROE, NEW JERSEY DOE, and OHIO DOE on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>X.AI CORP. and X.AI LLC,<br><br>Defendants. | Case No. 5:26-cv-00772-PCP<br><br>**DECLARATION OF OHIO DOE IN SUPPORT OF OPPOSITION TO DEFENDANTS MOTION TO COMPEL SOUTH CAROLINA DOE TO COMPLY WITH FRCP 10(A), OR, IN THE ALTERNATIVE, FOR LEAVE TO MOVE FOR RECONSIDERATION OF ORDER GRANTING ADMINISTRATIVE MOTION TO PROCEED UNDER PSEUDONYM** |

1. I am the Plaintiff identified in the Amended Complaint in this matter as Ohio Doe. ECF No. 28. I am over the age of eighteen (18) and competent to make this declaration. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. On January 1, 2026, I posted a photo of myself to my X account. In the photo, I am fully clothed.

3. Almost immediately after I posted the photo, Grok began creating altered versions of the image of me. Between January 1 and 3, 2026, Grok created and publicly posted images of me (a) in a meat bikini; (b) in a bikini on her knees with a man's arm around her; (c) in a bikini with a man's arms around her waist; (d) covered in liquid and in a bikini; (e) in a bikini made of saran wrap; and (f) in a bikini kissing a man.

4. These images are revealing and show my body in ways that I would never want to show publicly. The image of me in a bikini made of saran wrap shows essentially all of my body. The image of me covered in liquid and in a bikini also implies a sexual act. The images portray me in with a man I do not know doing things I did not do.

5. I experienced severe emotional distress after viewing the deepfakes depicting me. I was shocked and embarrassed by the deepfakes, and it caused me to panic as I was overwhelmed with thoughts of who would see the deepfakes and think that they were real.

6. I was worried that my employer or coworkers could see the deepfakes and was stressed that it could violate policies for employee conduct and that I could suffer negative consequences at work and in my career. Because my direct supervisor is a well-known figure in the community, my employer places particular emphasis on maintaining a professional image.

7. I was overcome with disgust at the thought of what the individuals who had asked Grok to create the deepfakes were doing with the photos. I had no control over the deepfakes and anyone, including the users that had asked Grok to create deepfakes, could save them and share them somewhere else for others to view. I was also distraught because anyone

DECLARATION OF OHIO DOE                    1                    CASE NO. 5:26-CV-00772

could further alter the deepfakes with Grok to make them even more sexually explicit or fully nude, and Grok would comply by creating and disseminating such deepfakes.

8.    I am aware of others facing similar harm. Others, including public and non-public figures, publicly asked Grok to stop creating images of them. The result was increased harassment. I observed that after making such statements or requests, online trolls would ask Grok to create even more deepfakes of the person with even more extreme sexualized and revealing depictions, after which Grok created the deepfakes.

9.    These individuals seem to be men who support Elon Musk, his companies, and Grok and want to make the point that they can do whatever they want with a photo depicting someone else, usually a woman. They want to make an example of people who say no and oppose what Grok is doing.

10.    If I were forced to reveal my name publicly as part of this case, I would fear that those who support Elon Musk, his companies, and Grok, whom I have observed to be very vocal online, would find my name in the public record, disseminate it, dox me,[1] and retaliate against me by creating additional and more extreme deepfakes of me using images of me that are online. The harm from a deepfake occurs the moment it is made—such images are not empty online threats.

11.    Revealing my name could also lead to the further dissemination of the existing deepfakes that were public for weeks and seen and possibly saved by unknown numbers of people.

12.    My goal in this case is to prevent the harm I faced from Grok creating deepfakes that depicted me in a sexualized and revealing way. Revealing my name would subject me to the same harms and worse. If I were forced to reveal my name publicly as part of this case, I

---

[1] "Dox" refers to means is the internet-based practice of researching, gathering, and publicly releasing a person's private or personally identifiable information without their consent.

DECLARATION OF OHIO DOE                    2                    CASE NO. 5:26-CV-00772

would have to seriously consider withdrawing as a Plaintiff. I would be intimidated and scared like the many others who have opposed what Grok has done.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

5/28/2026
Executed on _____, 2026, in Liberty Township, Ohio.

