SAWYER & LABAR LLP
ADRIAN SAWYER (State Bar No. 203712)
  sawyer@sawyerlabar.com
1700 Montgomery Street, Suite 108
San Francisco, California 94111
Telephone: 415.262.3820

CAHILL GORDON & REINDEL LLP
JOEL KURTZBERG (*admitted pro hac vice*)
  jkurtzberg@cahill.com
IVAN TORRES (*admitted pro hac vice*)
  itorres@cahill.com
32 Old Slip
New York, NY 10005
Telephone: 212.701.3120

***Counsel for Defendants***
*X.AI Corp. and X.AI LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| JANE DOE, SOUTH CAROLINA ROE, NEW JERSEY DOE, and OHIO DOE on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>X.AI CORP. and X.AI LLC,<br><br>Defendants. | Case No. 5:26-cv-00772-PCP<br><br>**DECLARATION OF JOEL KURTZBERG IN SUPPORT OF DEFENDANTS' REPLY IN FURTHER SUPPORT OF MOTION TO COMPEL SOUTH CAROLINA DOE TO COMPLY WITH FRCP 10(A)**<br><br>Date:  July 9, 2026<br>Time:  10:00 a.m.<br>Crtrm:  8, 4th Floor<br><br>**Judge:**  Hon. P. Casey Pitts |

DECLARATION OF JOEL KURTZBERG IN SUPPORT OF DEFENDANTS' REPLY IN FURTHER SUPPORT OF
MOTION TO COMPEL SOUTH CAROLINA DOE TO COMPLY WITH FRCP 10(A)

I, Joel Kurtzberg, declare and state as follows:

1.      I am a Partner at Cahill Gordon & Reindel LLP and counsel for Defendants X.AI Corp. and X.AI LLC (collectively, "Defendants" or "X.AI").  I am a member of the Bar of the State of New York and have been admitted *pro hac vice* in this matter.  (ECF No. 16.)  Unless otherwise specified, I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would competently testify thereto.

2.      I submit this declaration in support of Defendants' Reply in Further Support of Motion to Compel South Carolina Doe to Comply with FRCP 10(a) in the above-captioned proceeding and to place before the Court true and correct copies of documents for the Court to consider in deciding the motion.

3.      Attached hereto as **Exhibit 1** is a true and correct copy of the May 7, 2026 Stipulation and Order Regarding Plaintiff's Motion to Seal the Unredacted Complaint and Motion to Proceed Pseudonymously in *Saylor* v. *X.AI Corp.*, Case No. 26STCV06064 (Super. Ct. 2026).

4.      In mid-March, approximately two weeks after Defendants made their first appearance in this case, Plaintiffs informed Defendants of their intention to file an amended complaint, that would likely add new parties.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 5, 2026 in New York, New York.

/s/ *Joel Kurtzberg*
Joel Kurtzberg

DECLARATION OF JOEL KURTZBERG IN SUPPORT OF DEFENDANTS' REPLY IN FURTHER SUPPORT OF MOTION TO COMPEL SOUTH CAROLINA DOE TO COMPLY WITH FRCP 10(A)