# EXHIBIT 1

Electronically Received 05/05/2026 04:41 PM

SAWYER & LABAR LLP
ADRIAN SAWYER (State Bar No. 203712)
  *sawyer@sawyerlabar.com*
1700 Montgomery Street, Suite 108
San Francisco, California 94111
Telephone: 415.262.3820

CAHILL GORDON & REINDEL LLP
JOEL KURTZBERG (*pro hac vice pending*)
  *jkurtzberg@cahill.com*
IVAN TORRES (*pro hac vice pending*)
  *itorres@cahill.com*
32 Old Slip
New York, NY 10005
Telephone: 212.701.3120

*Counsel for Defendants*
X.AI Corp. and X.AI LLC

**FILED**
Superior Court of California
County of Los Angeles
05/07/2026
David W. Slayton, Executive Officer / Clerk of Court
By: _____ S. Guerrero _____ Deputy

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**COUNTY OF LOS ANGELES**

**CENTRAL DISTRICT**

| | |
|---|---|
| DAPHNE DOE,<br><br>                Plaintiff,<br><br>        vs.<br><br>X.AI CORP.;<br>X.AI LLC;<br>DOES 1 THROUGH 100,<br><br>                Defendants. | CASE NO. 26STCV06064<br><br>ASSIGNED FOR ALL PURPOSES TO THE HON. WILLIAM F. FAHEY<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING PLAINTIFF'S MOTION TO SEAL THE UNREDACTED COMPLAINT AND MOTION TO PROCEED PSEUDONYMOUSLY**<br><br>Action Filed:  February 25, 2026<br>Trial Date:  None Set |

**STIPULATION**

Plaintiff Daphne Doe ("Plaintiff") and Defendants X.AI Corp. and X.AI LLC (together, "Defendants") (collectively, the "Parties"), by and through their undersigned counsel, have agreed and hereby stipulate as follows:

**WHEREAS** Plaintiff, using the pseudonym Daphne Doe, conditionally filed under seal an unredacted copy of a Complaint, and publicly filed a redacted copy of the same Complaint, in the above-referenced matter on February 25, 2026, in the Superior Court of California, County of Los Angeles.

**WHEREAS** Plaintiff filed a Motion to Seal the Unredacted Complaint and a Motion to Proceed Pseudonymously ("Plaintiff's Motions"), along with a Daphne Doe Declaration in support of each motion respectively, on that same date, which was later refiled on March 26, 2026, after the case was assigned to a new judge.

**WHEREAS** Plaintiff filed a Motion to Seal the Unredacted Complaint and a Motion to Proceed Pseudonymously ("Plaintiff's Motions"), along with a Daphne Doe Declaration in support of each motion respectively, on that same date.

**WHEREAS** Defendants filed an Opposition to Plaintiff's Motions along with the Declaration of Joel Kurtzberg filed in support thereof, as well as the Exhibits attached thereto, (collectively, "Defendants' Opposition Papers") on April 15, 2026, portions of which were conditionally filed under seal. On that same day, Defendants filed a Motion to Seal Defendants' Opposition Papers along with a Declaration of Adrian Sawyer, explaining that although Defendants believe the materials at issue should not be maintained under seal, they had conditionally filed under seal in order to maintain Plaintiff's anonymity pending the Court's resolution of Plaintiff's Motion to Proceed Pseudonymously and Motion to Seal Unredacted Complaint.

STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFF'S MOTION TO SEAL THE
UNREDACTED COMPLAINT AND MOTION TO PROCEED PSEUDONYMOUSLY

**WHEREAS** the Parties appeared before Judge Fahey for hearing in Department 69 on April 28, 2026, on Plaintiff's Motions and Judge Fahey tentatively ruled that Plaintiff's Motion to Proceed Pseudonymously would be denied and Plaintiff's Motion to Seal the Unredacted Complaint would be denied in part. Specifically, Judge Fahey tentatively ruled that while Plaintiff must proceed using her true name, images in the Complaint that are alleged to be fake but that realistically depict Plaintiff in a sexualized manner ("deepfake images") should remain redacted on the public docket.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, subject to the Court's approval, that:

1)     Plaintiff shall file a Revised Complaint bearing Plaintiff's full name in both the case caption and body of the Revised Complaint;

2)     Plaintiff's Revised Complaint shall be filed publicly with redactions limited to the three alleged deepfake images, included at Paragraphs 23, 97, and 110 of Plaintiff's current Complaint;

3)     Defendants' Motion to Seal Defendants' Opposition Papers shall be withdrawn, Defendants shall publicly re-file Defendants' Opposition Papers; and the May 7 hearing can be cancelled.

Dated: May 5, 2026

_____
Adrian Sawyer, State Bar No. 203712
SAWYER & LABAR LLP
1700 Montgomery Street, Suite 108
San Francisco, California 94111
Telephone: 415.262.3820
sawyer@sawyerlabar.com

Joel Kurtzberg (*pro hac vice forthcoming*)
Ivan Torres (*pro hac vice forthcoming*)
CAHILL GORDON & REINDEL LLP
32 Old Slip

-2-
STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFF'S MOTION TO SEAL THE
UNREDACTED COMPLAINT AND MOTION TO PROCEED PSEUDONYMOUSLY

New York, NY 10005
Telephone: 212.701.3120
jkurtzberg@cahill.com
itorres@cahill.com

***Counsel for Defendants***
*X.AI Corp. and X.AI LLC*

_____
George Laiolo, State Bar No. 329850
Daniel Contreras, State Bar No. 329632
ELLIS GEORGE LLP
2121 Avenue of the Stars, 30th Floor
Los Angeles, California 90067
Telephone: 310.274.7100
glaiolo@ellisgeorge.com

***Counsel for Plaintiff***
Daphne Doe

STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFF'S MOTION TO SEAL THE
UNREDACTED COMPLAINT AND MOTION TO PROCEED PSEUDONYMOUSLY

# [~~PROPOSED~~] ORDER

The Court, having considered the Parties' Stipulation and finding good cause, hereby By May 21, 2026, approves the Parties' Stipulation and ORDERS that the (1) Plaintiff file a Revised Complaint bearing Plaintiff's full name in both the case caption and body of the Revised Complaint; (2) Plaintiff's Revised Complaint shall be filed publicly with redactions limited to the three alleged deepfake images, included at Paragraphs 23, 97, and 110 of Plaintiff's current Complaint; (3) Defendants' Motion to Seal Defendants' Opposition Papers shall be withdrawn, Defendants shall publicly re-file Defendants' Opposition Papers; and the May 7 hearing shall be cancelled upon withdrawal.

**IT IS SO ORDERED**.



**William Fahey**

William F. Fahey / Judge

Dated: 05/07/2026

Honorable William F. Fahey
Judge of the Superior Court

STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFF'S MOTION TO SEAL THE
UNREDACTED COMPLAINT AND MOTION TO PROCEED PSEUDONYMOUSLY

**PROOF OF SERVICE**

**Case No. 26STCV06064**

**STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of San Francisco, State of California.  My business address is 1700 Montgomery Street, Suite 108, San Francisco, CA 94111.

On May 5, 2026, I served true copies of the following document(s) described as

- **STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFF'S MOTION TO SEAL THE UNREDACTED COMPLAINT AND MOTION TO PROCEED PSEUDONYMOUSLY**

on the interested parties in this action as follows:

George Laiolo
Daniel Contreras
ELLIS GEORGE LLP
2121 Avenue of the Stars, 30th Floor
Los Angeles, CA 90067
Email: glaiolo@ellisgeorge.com
        dcontreras@ellisgeorge.com
        nward@ellisgeorge.com
        acaviles@ellisgeorge.com

Attorney for Plaintiff
DAPHNE DOE

**BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused a copy of the document(s) to be sent from e-mail address guzman@sawyerlabar.com to the persons at the e-mail addresses listed in the Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 5, 2026, at Sausalito, California.

Sarah Guzman