# EXHIBIT 3

Case 5:26-cv-00772-PCP    Document 41-6    Filed 06/05/26    Page 2 of 5

Skip to main content



Privacy (https://privacy.x.com/en)

- For our users ⌄

  Contact us ⟩ (https://help.twitter.com/forms/privacy)
  - Terms of Service (https://twitter.com/en/tos)
  - Privacy Policy (https://twitter.com/en/privacy)
  - Account settings (https://twitter.com/settings/personalization)
  - Service providers (https://privacy.x.com/en/subprocessors)
  - X Consumer Health Data Policy (https://privacy.x.com/en/for-our-users/x-consumer-health-data-policy)
  - OCPA (https://privacy.x.com/en/for-our-users/ocpa)

- For our partners ⌄

  Contact us ⟩ (https://help.twitter.com/forms/privacy)
  - GDPR (https://gdpr.twitter.com)
  - CCPA (https://privacy.x.com/en/ccpa)
  - Global DPA (https://privacy.x.com/en/for-our-partners/global-dpa)
  - Service providers (https://privacy.x.com/en/subprocessors)

- Blog (https://privacy.x.com/en/blog)

Contact Us (https://help.twitter.com/forms/privacy)

# X Privacy Center

October 16, 2024

# Updates to our Terms and Privacy Policy

We're updating our Terms of Service (https://x.com/tos) and Privacy Policy (https://x.com/privacy) to ensure transparency as well as to incorporate X's new products, services, and features.

Here's a high-level recap of the primary changes that go into effect on November 15, 2024. You may see an in-app notice about these updates as well.

Case 5:26-cv-00772-PCP     Document 41-6     Filed 06/05/26     Page 4 of 5

- **Governing law and forum changes:** For users residing outside of the European Union, EFTA States, and the United Kingdom, we've updated the governing law and forum for lawsuits to Texas as specified in our terms. For users residing in the European Union, EFTA States, and the United Kingdom, our terms are now governed by Irish law and the forum for lawsuits is Ireland to the extent permitted by law.

- **Additional details regarding how long we keep your information:** We retain certain information to provide you with our products and services, comply with our legal requirements, and maintain the safety and security of our products and services. We've updated our Privacy Policy to clarify the types of information we keep and their retention periods.

- **AI and machine learning clarifications:** We've added language to our Privacy Policy to clarify how we may use the information you share to train artificial intelligence models, generative or otherwise. To learn more about Grok including how to control whether your data is used for Grok training please see here (https://help.x.com/using-x/about-grok).

- **Updates to our enforcement provisions:** We've updated our Terms of Service to clarify the license we grant you to use the services and our ability to enforce these terms.

- **Updates to reflect how our products and services work:** We've incorporated updates to better reflect how our existing and upcoming products, features, and services work.

- **For recipients of the X service in the European Union:** In addition to the changes described above, if you are a recipient of the X service in the European Union, we've updated our 'Summary of Terms' to help you understand you may challenge certain decisions we make under the Digital Services Act (Regulation (EU) 2022/2065) via our internal process or out-of-court dispute settlement as described here (https://help.x.com/rules-and-policies/digital-services-act).

If you continue to use our products or services on or after November 15, 2024, you are agreeing to the updated X Terms of Service (https://x.com/tos) and Privacy Policy (https://x.com/privacy).

If you have any questions or concerns, you can contact us here (https://help.x.com/forms).

*This blog post was updated on November 19, 2024.*

© 2026 X Corp.

Cookies (https://help.x.com/rules-and-policies/twitter-cookies)

Privacy (https://x.com/privacy)

Terms and conditions (https://x.com/tos)

English



Privacy (https://privacy.x.com/en)

- English (https://privacy.x.com/en/blog/2024/updates-tos-privacy-policy)
- Deutsch (https://privacy.x.com/de/blog/2024/updates-tos-privacy-policy)
- Español (https://privacy.x.com/es/blog/2024/updates-tos-privacy-policy)
- Français (https://privacy.x.com/fr/blog/2024/updates-tos-privacy-policy)
- 日本語 (https://privacy.x.com/ja/blog/2024/updates-tos-privacy-policy)
- Русский (https://privacy.x.com/ru/blog/2024/updates-tos-privacy-policy)
- 한국어 (https://privacy.x.com/ko/blog/2024/updates-tos-privacy-policy)
- Italiano (https://privacy.x.com/it/blog/2024/updates-tos-privacy-policy)
- Português (https://privacy.x.com/pt/blog/2024/updates-tos-privacy-policy)
- Nederlands (https://privacy.x.com/nl/blog/2024/updates-tos-privacy-policy)