# EXHIBIT 9

4/21/26, 10:36 AM

Case 5:26-cv-00772-PCP

Document 41-12

Updates to our Terms of Service and Privacy Policy

Filed 06/05/26

Page 2 of 5

Skip to main content



Privacy (https://privacy.x.com/en)

Case 5:26-cv-00772-PCP          Document 41-12          Filed 06/05/26          Page 3 of 5

- For our users ⌄
- For our partners ⌄

Contact us ⟩ (https://help.twitter.com/forms/privacy)

- ○ GDPR (https://gdpr.twitter.com)
- ○ CCPA (https://privacy.x.com/en/ccpa)
- ○ Global DPA (https://privacy.x.com/en/for-our-partners/global-dpa)
- ○ Service providers (https://privacy.x.com/en/subprocessors)

- Blog (https://privacy.x.com/en/blog)

Contact Us (https://help.twitter.com/forms/privacy)

# X Privacy Center

December 16, 2025

# Updates to our Terms and Privacy Policy

We're updating the X Terms of Service (https://x.com/tos) and Privacy Policy (https://x.com/privacy) to support our evolving business, meet new legal requirements, and make it clearer what we expect from you and what you can expect from us when using our services.

Below is a summary of the primary changes that go into effect on January 15, 2026. You may also see a notification about these updates in the X app.

- **Governing law and disputes:** We've updated our Terms to clarify that the choice of law and courts we use to resolve disputes apply to both current and future lawsuits. For users outside the EU, EFTA States, and the UK, we've added details about how long you or X have to start a legal claim.

Updates to our Terms of Service and Privacy Policy

- **Our enforcement provisions:** We've updated our Terms to explain that in some places, for example, the EU and UK, we may need to remove not only illegal content but also content considered harmful or unsafe under local laws. Where such obligations apply, the respective content will be made unavailable only within the required country or geographic area and will remain accessible elsewhere.

- **User content responsibilities and restrictions:** We've updated our Terms to better reflect that you are responsible for the content you post and create, including prompts, outputs, and/or information obtained when using X. We've also added additional prohibitions against interfering with the services.

- **Age assurance considerations:** Our updated Privacy Policy explains that we may collect and share information to estimate or verify your age when legally required.

- **Description of our services:** We've updated our Terms to better reflect how we describe our products, features, and services. Certain products, features, or services may come with extra terms or conditions.

We encourage you to read these changes in full since they govern your use of X and how we handle your data. If you continue to use our products or services on or after January 15, 2026, you agree to the updated X Terms of Service (https://x.com/tos) and Privacy Policy (https://x.com/privacy).

If you have any questions or concerns, you can contact us here (https://help.x.com/forms).

*This blog post was updated on December 17, 2025.*

© 2026 X Corp.

Cookies (https://help.x.com/rules-and-policies/twitter-cookies)

Privacy (https://x.com/privacy)

Terms and conditions (https://x.com/tos)

English

Case 5:26-cv-00772-PCP     Document 41-12     Filed 06/05/26     Page 5 of 5

 Privacy (https://privacy.x.com/en)

- English (https://privacy.x.com/en/blog/2025/updates-tos-privacy-policy)
- Deutsch (https://privacy.x.com/de/blog/2025/updates-tos-privacy-policy)
- Español (https://privacy.x.com/es/blog/2025/updates-tos-privacy-policy)
- Français (https://privacy.x.com/fr/blog/2025/updates-tos-privacy-policy)
- 日本語 (https://privacy.x.com/ja/blog/2025/updates-tos-privacy-policy)
- Русский (https://privacy.x.com/ru/blog/2025/updates-tos-privacy-policy)
- 한국어 (https://privacy.x.com/ko/blog/2025/updates-tos-privacy-policy)
- Italiano (https://privacy.x.com/it/blog/2025/updates-tos-privacy-policy)
- Português (https://privacy.x.com/pt/blog/2025/updates-tos-privacy-policy)
- Nederlands (https://privacy.x.com/nl/blog/2025/updates-tos-privacy-policy)