SAWYER & LABAR LLP
ADRIAN SAWYER (State Bar No. 203712)
  sawyer@sawyerlabar.com
1700 Montgomery Street, Suite 108
San Francisco, California 94111
Telephone: 415.262.3820

CAHILL GORDON & REINDEL LLP
JOEL KURTZBERG (admitted pro hac vice)
  jkurtzberg@cahill.com
IVAN TORRES (admitted pro hac vice)
  itorres@cahill.com
32 Old Slip
New York, NY 10005
Telephone: 212.701.3120

**Counsel for Defendants**
*X.AI Corp. and X.AI LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| JANE DOE, SOUTH CAROLINA ROE, NEW JERSEY DOE, and OHIO DOE on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>X.AI CORP. and X.AI LLC,<br><br>Defendants. | Case No. 5:26-cv-00772-PCP<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO TRANSFER THIS ACTION TO THE NORTHERN DISTRICT OF TEXAS PURSUANT TO 28 U.S.C. § 1404(a)**<br><br>Date:  July 30, 2026<br>Time:  10:00 a.m.<br>Crtrm: 8, 4th Floor<br><br>**Judge:**  Hon. P. Casey Pitts |

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO TRANSFER THIS ACTION TO THE
NORTHERN DISTRICT OF TEXAS PURSUANT TO 28 U.S.C. § 1404(a)

**[PROPOSED] ORDER**

Before the Court is the Defendants' Motion to Transfer this Action to the Northern District of Texas Pursuant to 28 U.S.C. § 1404(a).  Having considered the parties' submissions and the arguments of counsel, and good cause appearing therefor, the Court finds that transfer of the case is proper under 28 U.S.C. § 1404(a), and Defendants' motion to transfer the instant action to the Northern District of Texas is **GRANTED**.  Accordingly, the Clerk of the Court is directed to transfer this action to the United States District Court for the Northern District of Texas and to close the file.

**IT IS SO ORDERED.**

 DATED: _____

_____
Hon. P. Casey Pitts
United States District Judge

2                    Case No. 5:26-cv-00772-PCP