Sophia M. Rios (SBN 305801)
BERGER MONTAGUE PC
8241 La Mesa Blvd, Suite A
La Mesa, CA 91942
Tel. 619-489-0300
Fax: 612-584-4470
srios@bergermontague.com

*Counsel for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| JANE DOE, SOUTH CAROLINA ROE, NEW JERSEY DOE, and OHIO DOE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>X.AI CORP. and X.AI LLC,<br><br>Defendants. | Case No. 5:26-cv-00772-PCP<br><br>**DECLARATION OF SOPHIA M. RIOS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO TRANSFER THIS ACTION TO THE NORTHERN DISTRICT OF TEXAS PURSUANT TO 28 U.S.C. § 1404(a)**<br><br>Date: July 30, 2026<br>Time: 10:00 a.m.<br>Courtroom: 8, 4th Fl<br>Judge: Hon. P. Casey Pitts |

1.      I am an attorney licensed, authorized, and admitted to practice law before this Court and the federal and state courts of the State of California. I am a Shareholder of the law firm Berger Montague PC and counsel of record for Plaintiffs in the above-captioned matter. I have personal knowledge of all facts stated in this declaration, and if called to testify, I could and would testify competently thereto.

2.      This declaration is made in support of Plaintiffs' Opposition to Defendants' Motion to Transfer this Action to the Northern District of Texas pursuant to 28 U.S.C. § 1404(a).

3.      Attached hereto as **Exhibit A** is a true and correct copy of resulting webpage when a user clicks the hyperlink of: https://help.x.com/rules-and-policies/x-services-and-corporate-affiliates, that is in X Terms.

4.      Attached hereto as **Exhibit B** is a true and correct copy of the complaint in the matter of *Devin Kim v. x.AI Corp., Space Exploration Technologies Corp.*, No. 26CV495445 (Santa Clara Cnty., June 9, 2026).

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on June 26, 2026, in La Mesa, California.

*/s/ Sophia M. Rios*
Sophia M. Rios (SBN 305801)