**Exhibit A**

Skip to main content



Help Center (https://help.x.com/en)

- Using X (https://help.x.com/en/using-x)
- Managing your account (https://help.x.com/en/managing-your-account)
- Safety and security (https://help.x.com/en/safety-and-security)
- Rules and policies (https://help.x.com/en/rules-and-policies)
- Resources ⌄
  - New user FAQ (https://help.x.com/en/resources/new-user-faq)
  - Glossary (https://help.x.com/en/resources/glossary)
  - A safer X (https://help.x.com/en/resources/a-safer-twitter)
  - Accessibility (https://help.x.com/en/resources/accessibility)

  - Our rules (https://help.x.com/en/resources/rules)
  - My privacy (https://help.x.com/en/resources/how-you-can-control-your-privacy)
  - How we address misinformation on X (https://communitynotes.twitter.com/guide/en/about/introduction)
  - Recommender Systems (https://help.x.com/en/resources/recommender-systems)



Contact Us (https://help.x.com/forms.html)

1. Help Center (https://help.x.com/en)
   ⌃

2. Platform Use Guidelines (https://help.x.com/en/rules-and-policies#platform-use-guidelines)
   ⌃

3. X, our services, and corporate affiliates

# X, our services, and corporate affiliates

1. Help Center ⌃ (https://help.x.com/en)
2. Platform Use Guidelines ⌃ (https://help.x.com/en/rules-and-policies#platform-use-guidelines)

# X, our services, and corporate affiliates

We offer X and other services in order to give everyone the power to create and share ideas and information instantly, without barriers.

Some of our services, like X Pro (https://tweetdeck.twitter.com/), provide you with tools to customize and curate your X experience. Other services may enable experiences outside of X. These services link to and are covered by our Privacy Policy (https://twitter.com/privacy), which describes how and when they collect, use and share your information. When these services that are covered by our Privacy Policy (https://twitter.com/privacy) have additional privacy terms specific to them, we tell you that through the service.

We also operate companies that provide services under their own separate terms and privacy policies. For more on our corporate affiliates and their privacy practices, please see the links below to their privacy policies:

- Vine Archive (https://vine.co/privacy)
- Twitpic Archive (https://twitpic.com/static/privacy)

# Share this article



© 2026 X Corp.

Cookies (https://help.x.com/rules-and-policies/twitter-cookies)

Privacy (https://x.com/privacy)

Terms and conditions (https://x.com/tos)



English

Help Center (https://help.x.com/en)

X's services, corporate affiliates, and/or privacy

- English (https://help.x.com/en/rules-and-policies/x-services-and-corporate-affiliates)
- Español (https://help.x.com/es/rules-and-policies/x-services-and-corporate-affiliates)
- 日本語 (https://help.x.com/ja/rules-and-policies/x-services-and-corporate-affiliates)
- 한국어 (https://help.x.com/ko/rules-and-policies/x-services-and-corporate-affiliates)
- Português (https://help.x.com/pt/rules-and-policies/x-services-and-corporate-affiliates)
- Deutsch (https://help.x.com/de/rules-and-policies/x-services-and-corporate-affiliates)
- Türkçe (https://help.x.com/tr/rules-and-policies/x-services-and-corporate-affiliates)
- Français (https://help.x.com/fr/rules-and-policies/x-services-and-corporate-affiliates)
- Italiano (https://help.x.com/it/rules-and-policies/x-services-and-corporate-affiliates)
- العربية (https://help.x.com/ar/rules-and-policies/x-services-and-corporate-affiliates)
- Nederlands (https://help.x.com/nl/rules-and-policies/x-services-and-corporate-affiliates)
- Bahasa Indonesia (https://help.x.com/id/rules-and-policies/x-services-and-corporate-affiliates)
- Русский (https://help.x.com/ru/rules-and-policies/x-services-and-corporate-affiliates)
- हिंदी (https://help.x.com/hi/rules-and-policies/x-services-and-corporate-affiliates)
- தமிழ் (https://help.x.com/ta)
- עברית (https://help.x.com/he)
- 简体中文 (https://help.x.com/zh-cn)
- 繁體中文 (https://help.x.com/zh-tw)
- ภาษาไทย (https://help.x.com/th)
- Tiếng Việt (https://help.x.com/vi)
- Melayu (https://help.x.com/ms)
- বাংলা (https://help.x.com/bn)
- Filipino (https://help.x.com/fil)
- فارسی (https://help.x.com/fa)
- Dansk (https://help.x.com/da)
- Suomi (https://help.x.com/fi)
- Svenska (https://help.x.com/sv)
- Norsk (https://help.x.com/no)
- Polski (https://help.x.com/pl)
- Magyar (https://help.x.com/hu)
- Română (https://help.x.com/ro)
- Українська (https://help.x.com/uk)
- मराठी (https://help.x.com/mr)
- ગુજરાતી (https://help.x.com/gu)
- Български (https://help.x.com/bg)
- Català (https://help.x.com/ca)
- Hrvatski (https://help.x.com/hr)
- Српски (https://help.x.com/sr)
- Slovenčina (https://help.x.com/sk)
- ಕನ್ನಡ (https://help.x.com/kn)

X's services, corporate affiliates, and/or privacy

- <u>پاښتو</u> (<u>https://help.x.com/ps</u>)
- <u>Dari</u> (<u>https://help.x.com/fa-af</u>)
- <u>Oromo</u> (<u>https://help.x.com/om</u>)
- <u>Tigrinya</u> (<u>https://help.x.com/ti</u>)
- <u>کوردی</u> (<u>https://help.x.com/ckb</u>)
- <u>Lietuvių</u> (<u>https://help.x.com/lt</u>)
- <u>Latviešu</u> (<u>https://help.x.com/lv</u>)
- <u>Malti</u> (<u>https://help.x.com/mt</u>)
- <u>Slovenščina</u> (<u>https://help.x.com/sl</u>)
- <u>Gaeilge</u> (<u>https://help.x.com/ga</u>)
- <u>Lus Hmoob</u> (<u>https://help.x.com/hmn</u>)
- <u>Հայերեն</u> (<u>https://help.x.com/hy</u>)
- <u>ខ្មែរ</u> (<u>https://help.x.com/km</u>)