SAWYER & LABAR LLP
ADRIAN SAWYER (State Bar No. 203712)
  *sawyer@sawyerlabar.com*
1700 Montgomery Street, Suite 108
San Francisco, California 94111
Telephone: 415.262.3820

CAHILL GORDON & REINDEL LLP
JOEL KURTZBERG (*admitted pro hac vice*)
  *jkurtzberg@cahill.com*
IVAN TORRES (*admitted pro hac vice*)
  *itorres@cahill.com*
32 Old Slip
New York, New York 10005
Telephone: 212.701.3120

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| JANE DOE, SOUTH CAROLINA ROE, NEW JERSEY DOE, and OHIO DOE on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>X.AI CORP. and X.AI LLC,<br><br>Defendants. | Case No. 5:26-cv-00772-PCP<br><br>**UNOPPOSED MOTION TO REMOVE INCORRECTLY FILED DOCUMENT**<br><br>**Judge:** Hon. P. Casey Pitts |

Case No. 5:26-cv-00772-PCP

UNOPPOSED MOTION TO REMOVE INCORRECTLY FILED DOCUMENT

Defendants hereby respectfully request the removal of Docket Nos. 49, 49-1, and 50, because it has come to Defendants' attention that information identified by Plaintiffs as Confidential is visible to the public in the aforementioned documents. Corrected versions of these documents have been refiled substantially contemporaneously herewith, adding further redactions. The parties have met and conferred about this motion, and Plaintiffs join in this request for relief.

Dated: July 20, 2026

/s/ _____ *Adrian Sawyer* _____

Adrian Sawyer, State Bar No. 203712
SAWYER & LABAR LLP
1700 Montgomery Street, Suite 108
San Francisco, California 94111
Telephone: 415.262.3820
sawyer@sawyerlabar.com

Joel Kurtzberg (*admitted pro hac vice*)
Ivan Torres (*admitted pro hac vice*)
CAHILL GORDON & REINDEL LLP
32 Old Slip
New York, NY 10005
Telephone: 212.701.3120
jkurtzberg@cahill.com
itorres@cahill.com

**Counsel for Defendants**

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify the foregoing document is being served today on all counsel of record in this case via transmission of Notice of Electronic Filing generated by CM/ECF.

/s/ Adrian Sawyer
Adrian Sawyer

UNOPPOSED MOTION TO REMOVE INCORRECTLY FILED DOCUMENT