**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| JANE DOE, SOUTH CAROLINA ROE, NEW JERSEY DOE, and OHIO DOE on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>X.AI CORP. and X.AI LLC,<br><br>Defendants. | Case No. 5:26-cv-00772-PCP<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL MATERIAL IN SUPPORT OF MOTION TO TRANSFER**<br><br>**Judge:** Hon. P. Casey Pitts |

# [PROPOSED] ORDER

Before the Court is the Defendants' Administrative Motion for Leave to File Supplemental Material in Support of Motion to Transfer. Having found good cause, Defendants' motion is **GRANTED**.

**IT IS SO ORDERED.**

DATED: ______________________

______________________________
Hon. P. Casey Pitts
United States District Judge