Sophia M. Rios (SBN 305801)
**BERGER MONTAGUE PC**
8241 La Mesa Blvd, Suite A
La Mesa, CA 91942
Tel: (619) 489-0300
Fax: (612) 584-4470
srios@bergermontague.com

James Hannaway, *pro hac vice*
1229 Tyler Street NE, Suite 205
Minneapolis, MN 55413
Tel: (202) 559-9740
jhannaway@bergermontague.com

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| JANE DOE, SOUTH CAROLINA ROE, NEW JERSEY DOE, and OHIO DOE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>X.AI CORP. and X.AI LLC,<br><br>Defendants. | CASE NO.: 5:26-cv-00772-PCP<br><br>**NOTICE OF CHANGE OF ADDRESS** |

PLEASE TAKE NOTICE that attorney James Hannaway, one of Plaintiffs' Counsel in the above-captioned matter, has a change of address. Mr. Hannaway's new address is:

James Hannaway
BERGER MONTAGUE PC
1229 Tyler Street NE, Suite 205
Minneapolis, MN 55413
T. 202.869.4524
jhannaway@bergermontague.com

Dated: August 27, 2026

BERGER MONTAGUE PC

*/s/James Hannaway*

Sophia M. Rios, SBN 305801
8241 La Mesa Blvd., Suite A
La Mesa, CA 91942
Tel: (619) 489-0300
srios@bergermontague.com

James Hannaway, *pro hac vice*
1229 Tyler Street NE, Suite 205
Minneapolis, MN 55413
Tel: (202) 559-9740
jhannaway@bergermontague.com

*Counsel for Plaintiffs*