James Hannaway, *pro hac vice*
BERGER MONTAGUE PC
1229 Tyler Street NE, Suite 205
Minneapolis MN 55413
T. 612.594.5999
jhannaway@bergermontague.com

*Counsel For Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| JANE DOE, et al., on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>X.AI CORP. et al.,<br><br>Defendants. | Case No. 5:26-cv-2246-PCP |
| JANE DOE I, et al., on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>X.AI CORP., et al.,<br><br>Defendants. | Case No. 3:26-cv-08567-PCP |
| JANE DOE, et al., on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>X.AI CORP., et al.,<br><br>Defendants. | Case No. 5:26-cv-00772-PCP<br><br>**DECLARATION OF JAMES HANNAWAY IN SUPPORT OF PLAINTIFFS' MOTION TO CONSOLIDATE ACTIONS** |
| JANE DOE 1, et al., on behalf of herself and all those similarly situated,<br><br>Plaintiff, | Case No. 5:26-cv-9016-PCP |

| | |
|---|---|
| v.<br><br>X.AI CORP., et al.,<br><br>Defendants. | |
| JANE DOE1 et al.,<br><br>Plaintiff,<br><br>v.<br><br>X.AI CORP., et al.,<br>Defendants. | Case No. 5:26-cv-09617-PCP |

I, James Hannaway, declare:

1. I am an associate at the law firm of Berger Montague PC and counsel to Plaintiffs in the above-captioned action of *Doe, et al., v. x.AI Corp., et al.*, No. 5:26-cv-00772-PCP (N.D. Cal.) ("*Doe I*"). I am a member in good standing of the State Bar of Minnesota, and am admitted *pro hac vice* before this Court in the *Doe I* Action. Dkt. 8. I respectfully submit this Declaration in Support of Plaintiffs' Motion to Consolidate Actions. I have personal knowledge of the facts stated in this Declaration. If called as a witness, I could and would testify competently to them.

2. Counsel for Plaintiffs conferred with counsel for Defendants X.AI Corp., X.AI LLC, and X.AI Holdings LLC, in addition to Defendant Stability AI in *Doe II*. Defendants indicated they could not provide a position at that time, but are likely to oppose this Motion.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Minneapolis, Minnesota, this 9th day of October, 2026.

Respectfully submitted,

By: /s/James Hannaway
James Hannaway