Sophia M. Rios, SBN 305801
BERGER MONTAGUE PC
8241 La Mesa Blvd, Suite A
La Mesa, CA 91942
Tel. 619-489-0300
srios@bergermontague.com

*Counsel for Plaintiffs*

[Additional Counsel for Parties Listed on Signature Page]

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| JANE DOE, SOUTH CAROLINA ROE, NEW JERSEY DOE, and OHIO DOE on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>X.AI CORP. and X.AI LLC,<br><br>Defendants. | Case No. 5:26-cv-00772-PCP<br><br>**JOINT STATUS REPORT**<br><br>Judge: Hon. P. Casey Pitts |

Pursuant to Dkt. 33, Plaintiffs Jane (South Carolina) Doe, South Carolina Roe, New Jersey Doe, and Ohio Doe ("Plaintiffs") met and conferred with Defendants x.AI Corp., and x.AI, LLC ("x.AI") (together with Plaintiffs, "the Parties"), and provide the following status report to the Court:

1. Following the Court's Order on X.AI's Motions to Stay and Transfer, the Parties met and conferred on October 7, as required by the Court's order, to discuss potential consolidation and schedule. *See* Dkt. 33.

2. The Parties' positions on consolidation, the case schedule, and whether these cases should be stayed pending the JPML's ruling on the recently filed consolidation and transfer motion are addressed in the Joint Case Management Statement filed in *Jane Doe 1, et al. v. x.AI Corp., et al.*, No. 5:26-cv-02246-PCP, Dkt. 72 at 1-2, and are incorporated herein by reference.

Dated: October 9, 2026

Respectfully submitted,


/s/E. Michelle Drake
Sophia M. Rios, SBN 305801
BERGER MONTAGUE PC
8241 La Mesa Blvd., Suite A
La Mesa, CA 91942
Tel: (619) 489-0300
srios@bergermontague.com

E. Michelle Drake, *pro hac vice*
James Hannaway, *pro hac vice*
BERGER MONTAGUE PC
1229 Tyler Street NE, Suite 205
Minneapolis, MN 55413
Tel: (612) 594-5999
emdrake@bergermontague.com
jhannaway@bergermontague.com

Lavanya Prabhakar, SBN 358175
BERGER MONTAGUE PC
505 Montgomery Street, Suite 625
San Francisco, CA 94111
lprabhakar@bergermontague.com

*Counsel for Plaintiffs*

/s/Joel Kurtzberg
Adrian Sawyer, State Bar No. 203712
SAWYER & LABAR LLP
1700 Montgomery Street, Suite 108
San Francisco, CA 94111
Telephone: 415.262.3820
sawyer@sawyerlabar.com

Joel Kurtzberg (admitted *pro hac vice*)
Ivan Torres (admitted *pro hac vice*)
CAHILL GORDON & REINDEL LLP
32 Old Slip
New York, NY 10005
Telephone: 212.701.3120
jkurtzberg@cahill.com
itorres@cahill.com

*Counsel for Defendants*