E. Michelle Drake, *pro hac vice*
BERGER MONTAGUE PC
1229 Tyler Street NE, Suite 205
Minneapolis MN 55413
T. 612.594.5999
emdrake@bergermontague.com

*Counsel For Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| JANE DOE 1, et al., on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>X.AI CORP. et al.,<br><br>Defendants. | Case No. 5:26-cv-2246-PCP |
| JANE DOE I, et al., on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>X.AI CORP., et al.,<br><br>Defendants. | Case No. 3:26-cv-08567-PCP |
| JANE DOE, et al., on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>X.AI CORP., et al.,<br><br>Defendants. | Case No. 5:26-cv-00772-PCP<br><br>**DECLARATION OF E. MICHELLE DRAKE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION TO STAY** |

| | |
|---|---|
| JANE DOE 1, et al., on behalf of herself and all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>X.AI CORP., et al.,<br><br>Defendants. | Case No. 5:26-cv-9016-PCP |

I, E. Michelle Drake, declare:

1. I am an Executive Shareholder at the law firm of Berger Montague PC and counsel to Plaintiffs in the above-captioned action of *Doe, et al., v. x.AI Corp., et al.*, No. 5:26-cv-00772-PCP (N.D. Cal.) ("*Doe I*"). I am a member in good standing of the Minnesota Supreme Court, and am admitted *pro hac vice* before this Court in the *Doe I* Action. Dkt. 76. I respectfully submit this Declaration in Support of Plaintiffs' Opposition to xAI's Motion to Stay. I have personal knowledge of the facts stated in this Declaration. If called as a witness, I could and would testify competently to them.

2. As communicated via email on October 13, 2026, xAI would not consent to consolidation, but instead indicated that they "do not currently expect to object to consolidation . . . [but] intend to respond to it."

3. While the amended petition for *In re x.AI/Grok Artificial Intelligence Minor Sexual Exploitation Litig.*, MDL No. 3205, included *John Doe 1 and John 2 v. X Corp, and Does 1-50*, No. 3:26-cv-10913-RFL (N.D. Cal.), which concerns X's takedowns of CSAM, rather than xAI's production of AI-generated CSAM, MDL No. 3205, Dkt. 3 (J.P.M.L Oct. 5, 2026), upon conferring with the counsel who filed the MDL petition, Plaintiffs learned via email on October 13, 2026, that case was added in error, and the counsel who filed the MDL petition intend to correct the error shortly.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Minneapolis, Minnesota, this 14th day of October, 2026.

By: /s/E. Michelle Drake
E. Michelle Drake