**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| JANE DOE, et al., on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>X.AI CORP. et al.,<br><br>Defendants. | Case No. Case No. 5:26-cv-2246-PCP<br><br>**~~[PROPOSED]~~ ORDER REGARDING PLAINTIFFS' MOTION FOR APPOINTMENT OF INTERIM CO-LEAD COUNSEL** |
| JANE DOE I, et al., on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>X.AI CORP., et al.,<br><br>Defendants. | Case No. 5:26-cv-08567-PCP |
| JANE DOE, et al., on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>X.AI CORP., et al.,<br><br>Defendants. | Case No. 5:26-cv-00772-PCP |
| JANE DOE 1, et al., on behalf of herself and all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>X.AI CORP., et al.,<br><br>Defendants. | Case No. 5:26-cv-9016-PCP |

THIS MATTER, having come before the Court by Plaintiffs in the above-captioned cases ("Related Class Cases") by their Joint Sur-Reply in Support of Motion to Appoint Interim Co-Lead Counsel pursuant to Federal Rule of Civil Procedure 23(g) and supporting materials, IT IS ORDERED that the Motion is GRANTED as set forth below:

1. The Court hereby appoints E. Michelle Drake of Berger Montague, Annika K. Martin of Lieff Cabraser Heimann and Bernstein, W. Daniel (Dee) Miles of Beasley Allen Law Firm, and Dena C. Sharp of Girard Sharp LLP as Interim Co-Lead Counsel for the Related Class Cases under Rule 23(g)(3) to act on behalf of the Plaintiffs and proposed classes in the Related Class Cases, with responsibilities including the following:

a. Draft and file an amended complaint (or amended complaints), as such pleading(s) are deemed necessary;

b. Direct and manage pretrial proceedings on behalf of all plaintiffs and proposed class actions, including the briefing and argument of motions and the conduct of all types of discovery proceedings;

c. Delegate work responsibilities to other plaintiffs' counsel, and monitor the activities of all plaintiffs' counsel to assure that plaintiffs' pretrial preparation is conducted effectively, efficiently, and economically, that schedules are met, and that unnecessary expenditures of time and expense are avoided;

d. Consult with and employ consultants or experts, as necessary;

e. Coordinate with plaintiffs' counsel in management of the litigation and fund the necessary and appropriate costs of discovery and other common benefit efforts;

f. Coordinate settlement discussions or other dispute resolution efforts on behalf of plaintiffs, under the Court's supervision, if and as appropriate;

g. Enter into stipulations with other parties as necessary for the conduct of the litigation;

h. Interface with law enforcement, regulatory, and/or investigative organizations as necessary to investigate and gather evidence related to plaintiffs' claims and coordinate requests for information from same;

i. Prepare and distribute to the plaintiffs and counsel periodic status reports;

j. Maintain adequate time and disbursement records covering services as appointed counsel; and

k. Perform such other duties as may be incidental to proper coordination with the other plaintiffs' counsel with respect to plaintiffs' pretrial activities or as authorized by further Order of the Court.

2. This Order shall relate only to the manner in which the four above-captioned Related Class Cases will proceed, pending a decision on consolidation.

3. This Order shall not apply to or otherwise impact any other cases that might be filed and related to the Related Class Cases.

ORDERED this 22nd day of October, 2026.

HON. P. CASEY PITTS
UNITED STATES DISTRICT JUDGE