Annika K. Martin (*pro hac vice*)
LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
akmartin@lchb.com
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: 212.355.9500
Facsimile: 212.355.9592

Elizabeth J. Cabraser (SBN 83151)
Michelle A. Lamy (SBN 308174)
LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
ecabraser@lchb.com
mlamy@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: 415.956.1000

Mark P. Chalos (*pro hac vice*)
Betsy A. Sugar (*pro hac vice*)
LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
mchalos@lchb.com
bsugar@lchb.com
222 2nd Ave. S., Suite 1640
Nashville, TN 37201
Telephone: 615.313.9000
Facsimile: 615.313.9965

*Attorneys for Plaintiffs and the Proposed Classes*

*[Additional counsel listed on signature page]*

K. Winn Allen (*pro hac vice)*
Christopher G. Michel (*pro hac vice)*
Soowan (Julia) Choi (*pro hac vice)*
Kirkland & Ellis LLP
1301 Pennsylvania Avenue, N.W.
Washington, DC 20004
Tel: (202) 389-5000
winn.allen@kirkland.com
christopher.michel@kirkland.com
julia.choi@kirkland.com

Devin S. Anderson (*pro hac vice)*
Kirkland & Ellis LLP
95 South State Street
Salt Lake City, UT 84111
Tel: (801) 877-8090
devin.anderson@kirkland.com

Adrian Sawyer (SBN 203712)
Sawyer & Labar LLP
1700 Montgomery Street, Suite 108
San Francisco, CA 94111
Tel: (415) 262-3820
sawyer@sawyerlabar.com

*Attorneys for Defendants X.AI Corp., X.AI LLC, and X.AI Holdings LLC*

*[Additional counsel listed on signature page]*

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

JANE DOE 1, et al., on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

X.AI CORP., et al,

Defendants.

Case No. 5:26-cv-2246-PCP

**STIPULATION AND ~~[PROPOSED]~~ ORDER TO SEVER STABILITY AND CONSOLIDATE AND COORDINATE ACTIONS AS TO X.AI**

| | |
|---|---|
| JANE DOE, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>X.AI CORP., et al.,<br><br>Defendants. | Case No. 5:26-cv-772-PCP |
| JANE DOE 1, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>X.AI CORP. et al.,<br><br>Defendants. | Case No. 5:26-cv-08567-PCP |
| JANE DOE 1, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>X.AI CORP. et al.,<br><br>Defendants. | Case No. 5:26-cv-09016-PCP |
| JANE DOE 1, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>X.AI CORP. et al.,<br><br>Defendants. | Case No. 5:26-cv-09617-PCP |

Pursuant to Federal Rules of Civil Procedure 42 and 21, Plaintiffs in *Jane Doe 1 v. X.AI Corp.*, No. 5:26-cv-00772-PCP (N.D. Cal.) ("*Doe I*"); *Jane Doe 1 v. X.AI Corp.*, No. 5:26-cv-02246-PCP (N.D. Cal.) ("*Doe II*"); *Jane Doe I v. X.AI Corp.*, No. 5:26-cv-08567-PCP (N.D. Cal.) ("*Doe III*"); and *Jane Doe 1 v. X.AI Corp.*, No. 5:26-cv-09016-PCP (N.D. Cal.) ("*Doe IV*") (together, the "Related Class Cases) and *Doe 1 v. x.AI Corp.*, No. 5:26-cv-09617-PCP (N.D. Cal.) ("*Doe V*") and Defendants x.AI Corporation, x.AI LLC, and x.AI Holdings LLC (together, "xAI") stipulate to the consolidation and coordination of the Related Class Cases and *Doe V*, as described below. In addition, Defendants Stability AI U.S. Services Corporation and Stability AI, Inc. (together, "Stability") and Plaintiffs in *Doe II* stipulate to the severance of claims against Stability to proceed as an independent action.

WHEREAS, the amended complaint in Doe *II* contains clams against Stability, Doe II, Dkt. 26;

WHEREAS, *Doe I*, *Doe III*, *Doe IV*, and *Doe V* are brought solely against xAI, Doe I, Dkt. 28; Doe III, Dkt. 1; Doe IV, Dkt. 1; Doe V, Dkt. 1;

WHEREAS, on October 7, 2026, xAI Defendants filed a motion for temporary stay of the Related Class Cases and *Doe V* in light of the pending motion to transfer the actions pending before the Judicial Panel on Multi-District Litigation, *Doe I*, Dkt. 83;

WHEREAS, on October 9, 2026, Stability filed a motion to sever the claims against it contained in the *Doe II* amended complaint on the basis of improper joinder, Doe II, Dkt. 77;

WHEREAS, on October 15, 2026, the Court held a hearing on several pending motions, including the motion to stay, *Doe I*, Dkts. 81, 96;

WHEREAS, the Court denied xAI Defendants' motion to stay, *Doe I*, Dkt. 96;

WHEREAS, on October 9, 2026, Plaintiffs in the Related Class Cases and *Doe V* filed a motion to consolidate and coordinate under Federal Rule of Civil Procedure 42, *Doe I*, Dkt. 84;

WHEREAS, responses to Plaintiffs' motion to consolidate and coordinate are due on October 22, 2026, replies are due on October 29, 2026, and the motion was noticed for hearing before this Court on November 19, 2026, *Doe II*, Dkt. 74;

WHEREAS, responses to Stability's motion to sever are due by October 23, 2026, replies are due by October 30, 2026, and motion has been noticed for hearing by this Court on December 10, 2026, *Doe II*, Dkt. 77;

WHEREAS, Counsel for Plaintiffs in the Related Class Cases and *Doe V* and xAI Defendants conferred following the Court's denial of the motion to stay and have agreed, in light of these developments, to consolidate and coordinate the actions, while the parties await the Judicial Panel on Multidistrict Litigation's ruling on the currently pending motion to transfer and consolidate these actions with additional related actions in the Western District of Arkansas into a Multidistrict Litigation ("MDL");

WHEREAS, given the discussion with the Court at the hearing, counsel for Plaintiffs in *Doe II* have conferred with counsel for Defendants Stability and have agreed that the claims against Stability should be severed and proceed as a separate action;

NOW THEREFORE: by and through their undersigned counsel, Stability and *Doe II* Plaintiffs hereby stipulate as follows:

**SEVERANCE OF *DOE II* CLAIMS AGAINST STABILITY**

1. All claims asserted against Stability shall be severed from the claims against xAI Defendants;

2. The Court shall direct the Clerk to open a new action for Plaintiffs' claims against Stability;

3. All claims against Stability shall proceed under this new case number;

4. *Doe II* Plaintiffs Jane Doe 1, Jane Doe 2, and Jane Doe 3 shall file a new complaint solely against Stability under the new case number within 30 days of the case being opened by the clerk; and

5. The new case solely against Stability shall not be coordinated or consolidated with the Related Class Cases.

NOW THEREFORE: by and through their undersigned counsel, xAI Defendants and Plaintiffs in the Related Class Cases and *Doe V* hereby stipulate as follows:

**COORDINATION AND CONSOLIDATION**

**A. Consolidation**

1. Pursuant to Federal Rule of Civil Procedure 42(a), the Related Class Cases are consolidated for all pretrial purposes;

2. Pursuant to Federal Rule of Civil Procedure 42(a), *Doe V* is coordinated with the Related Class Cases for pretrial purposes only, on the terms set out in Part D below.

3. Case No. 5:26-cv-00772-PCP is designated the lead case. All further filings in the consolidated actions shall be made in the lead case under the following caption: *In re Grok Sexualized Content Litigation*, Lead Case No. 5:26-cv-00772-PCP. A filing that relates solely to one constituent action shall also identify that action by case number beneath the master caption. The Clerk shall file a copy of this Stipulation and ~~[Proposed]~~ Order in each constituent action.

**B. Consolidated Amended Complaint**

4. In accordance with a forthcoming scheduling order, Plaintiffs in the Related Class Cases shall file a Consolidated Amended Complaint in the lead case. If the Court appoints interim class counsel in accordance with the proposed order filed by Plaintiffs at the request of the Court (*Doe II*, Dkt. 102), the Consolidated Amended Complaint shall be filed by interim class counsel; otherwise, it shall be filed by counsel for the Plaintiffs in the Related Class Cases jointly.

5. The Consolidated Amended Complaint shall be deemed filed in, and shall be the operative complaint in, each of the Related Class Cases, and shall supersede the complaints previously filed in the Related Class Cases. Plaintiffs whose claims were asserted in each of the cases but not asserted in the Consolidated Amended Complaint shall have their claims deemed to be dismissed without prejudice.

6. xAI shall answer or otherwise respond to the Consolidated Amended Complaint in an omnibus motion and may answer or otherwise respond to the *Doe V* complaint in the same omnibus motion or in a separate motion, as required by the Court's forthcoming scheduling Order.

**C. Separate Identity of Constituent Actions**

7. Consolidation and/or coordination under this Stipulation and ~~[Proposed]~~ Order is for pretrial purposes. This Stipulation and ~~[Proposed]~~ Order does not merge the constituent actions into a single action, and each constituent action retains its separate identity and docket number. *See Hall v. Hall*, 584 U.S. 59 (2018).

8. Neither this Stipulation and ~~[Proposed]~~ Order nor the filing of the Consolidated Amended Complaint alters any party's status in any constituent action or affects any ruling previously entered in any constituent action, including the Order Denying Motions to Stay and Transfer entered in *Doe I* (Dkt. 80).

9. Any motion to transfer, to stay, or to dismiss for improper venue directed to a constituent action shall be decided as to that action alone. If any constituent action is transferred, stayed, dismissed, or otherwise separately resolved, the Consolidated Amended Complaint shall remain the operative pleading in the remaining Related Class Cases, which shall proceed in this Court without further amendment.

10. A plaintiff's inclusion in the Consolidated Amended Complaint shall not be construed as consent to venue in, or a waiver of any objection to transfer to, any other forum.

11. Any party may move under Rule 42(a) to consolidate the Class Actions for trial at an appropriate time.

**D. Coordination of the *Doe V* Action**

12. The Plaintiffs in the *Doe V* Action (the "*Doe V* Plaintiffs") shall proceed on the complaint filed in that action. xAI may answer or otherwise respond to that complaint in the omnibus motion or in a separate motion on the schedule set in Paragraph 6. The *Doe V* Plaintiffs are not required to join the Consolidated Amended Complaint or any proposed class.

13. Discovery in the *Doe V* Action and the Related Class Cases shall proceed, as feasible, on a single coordinated track. One case schedule shall govern all of the actions, and the protective order and ESI protocol entered in the lead case shall apply in all of them.

14. Written discovery served, and documents produced, in any of the actions shall be deemed served and produced in all of them.

15. Depositions shall be cross-noticed in all of the actions, and no witness shall be deposed more than once absent leave of Court. Counsel for the *Doe V* Plaintiffs shall participate in the Rule 26(f) process, in meet-and-confer efforts, and in depositions.

16. The *Doe V* Plaintiffs retain the right to pursue their individual claims to judgment, including a separate trial under Rule 42(b).

**IT IS SO STIPULATED.**

Dated: October 22, 2026

Respectfully submitted,

/s/ *K. Winn Allen*
K. Winn Allen (*pro hac vice)*
Christopher G. Michel (*pro hac vice)*
Soowan (Julia) Choi (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: 202.389.5000
winn.allen@kirkland.com
christopher.michel@kirkland.com
julia.choi@kirkland.com

Devin S. Anderson (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
95 South State Street
Salt Lake City, UT 84111
Telephone: 801.877.8090
devin.anderson@kirkland.com

Joel Kurtzberg (*pro hac vice*)
Ivan Torres (*pro hac vice*)
**CAHILL GORDON & REINDEL LLP**

Annika K. Martin (*pro hac vice*)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
akmartin@lchb.com
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: 212.355.9500
Facsimile: 212.355.9592

Elizabeth J. Cabraser (SBN 83151)
Michelle A. Lamy (SBN 308174)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
ecabraser@lchb.com
mlamy@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: 415.956.1000

Mark P. Chalos (*pro hac vice*)
Betsy A. Sugar (*pro hac vice*)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**

32 Old Slip
New York, NY 10005
Telephone: 212.701.3120
jkurtzberg@cahill.com
itorres@cahill.com

Adrian Sawyer, State Bar No. 203712
**SAWYER & LABAR LLP**
1700 Montgomery Street, Suite 108
San Francisco, California 94111
Telephone: 415.262.3820
sawyer@sawyerlabar.com

*Counsel for Defendants X.AI Corp., X.AI LLC, and X.AI Holdings LLC*

/s/ *Isaac D. Chaput*
Isaac D. Chaput
Cecilia M. Bobbitt
**COVINGTON & BURLING LLP**
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, California 94105-2533
(415) 591-6000
ichaput@cov.com
cbobbitt@cov.com

Emily Johnson Henn
**COVINGTON & BURLING LLP**
3000 El Camino Real, 5 Palo Alto Square
Palo Alto, CA 94306
(650) 632-4700
ehenn@cov.com

*Counsel for Defendants Stability AI, Inc. and Stability AI US Services Corporation*

mchalos@lchb.com
bsugar@lchb.com
222 2nd Ave. S., Suite 1640
Nashville, TN 37201
Telephone: 615.313.9000
Facsimile: 615.313.9965

**BAEHR-JONES LAW PC**

Vanessa Baehr-Jones (SBN 281715)
vanessa@advocatesforsurvivors.com
4200 Park Boulevard, No. 413
Oakland, CA 94602
Telephone: 510.500.9634

*Attorneys for Plaintiffs in Jane Doe 1, et al. v. X.AI Corp et al., Case No. 5:26-cv-02246-PCP (N.D. Cal.) and the Proposed Classes*

/s/ *Dena C. Sharp*
Dena C. Sharp (SBN 245869)
Adam E. Polk (SBN 273000)
Sarah R. London (SBN 267083)
Andrew R. Kaufman (*pro hac* to be filed)
Muriel Kenfield-Kelleher (*pro hac* to be filed)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
dsharp@girardsharp.com
apolk@girardsharp.com
slondon@girardsharp.com
akaufman@girardsharp.com

Margaret E. Mabie (*pro hac* to be filed)
**MARSH LAW FIRM**
31 Hudson Yards, 11th Floor
New York, NY 10001
Tel: (315) 296-9046
Margaretmabie@marsh.law

Micha Star Liberty (SBN 215687)
**LIBERTY LAW**
1999 Harrison Street, Ste. 1800
Oakland, CA 94612
Tel: (510) 645-1000
micha@libertylaw.com

*Attorneys for Plaintiff in Jane Doe 1 v. X.AI Corp et al., No. 5:26-cv-09016-PCP (N.D. Cal.) and the Proposed Class*

/s/ Sophia M. Rios
Sophia M. Rios, SBN 305801
**BERGER MONTAGUE PC**
8241 La Mesa Blvd., Suite A
La Mesa, CA 91942
Tel: (619) 489-0300
srios@bergermontague.com

E. Michelle Drake (pro hac vice)
James Hannaway (pro hac vice)
**BERGER MONTAGUE PC**
1229 Tyler Street NE, Suite 205
Minneapolis, MN 55413
Tel: (202) 559-9740
emdrake@bergermontague.com
jhannaway@bergermontague.com

*Counsel for Plaintiffs in Jane Doe 1, et al. v. X.AI Corp et al., Case No. 5:26-cv-00772-PCP (N.D. Cal.)*

/s/ W. Daniel Dee Miles
W. Daniel "Dee" Miles, III (pro hac vice forthcoming) Alison D. Hawthorne (pro hac vice forthcoming)
Paul W. Evans (pro hac vice)
**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
Dee.Miles@BeasleyAllen.com
Alison.Hawthorne@BeasleyAllen.com
Paul.Evans@BeasleyAllen.com
218 Commerce Street
Montgomery, AL 36104
Telephone: 334.269.2343
Facsimile: 334.954.7555

**SALAHI PC**
Yaman Salahi (SBN 288752)
**SALAHI PC**
yaman@salahilaw.com
Taylor Applegate (SBN 357742)
taylora@salahilaw.com
Nicole Cabañez (SBN 365099)
nicolec@salahilaw.com
505 Montgomery St., 11th Floor
San Francisco, CA 94111
Telephone: 415.236.2305

Paul Byrd (pro hac vice)
**PAUL BYRD LAW FIRM, PLLC**
Paul@paulbyrdlawfirm.com
415 N. McKinley St., Suite
210 Little Rock, AR 72205
Telephone: 501.420.3050
Facsimile: 501.420.3128

Aaron Cash (pro hac vice)
**HERRERA LAW GROUP**
Cash@herreralawnwa.com
1821 S. 8th Street Rogers, AR 72756
Telephone: 479.770.5292
Facsimile: 479.770.6042

*Counsel for Plaintiffs in Jane Doe 1, et al. v. X.AI Corp et al., Case No. 5:2026-cv-08567-PCP (N.D. Cal.) and the Proposed Classes*

*/s/ Joel Goldberg*
Joel Goldberg
**GOLDBERG, GOLDBERG, & MALONEY**
jgoldberg@goldbergmaloney.com
213 W Miner St
West Chester, PA 19382
Telephone: 610-436-6220

Charles P. Maloney IV
**GOLDBERG, GOLDBERG, & MALONEY**
cmaloney@goldbergmaloney.com
213 W Miner St
West Chester, PA 19382
Telephone: 610-436-6220

Basil Joy
**GOLDBERG, GOLDBERG, & MALONEY**
bjoy@goldbergmaloney.com
213 W Miner St
West Chester, PA 19382
Telephone: 610-436-6220

Zachary Yurick
**GOLDBERG, GOLDBERG, & MALONEY**
zyurick@goldbergmaloney.com
213 W Miner St
West Chester, PA 19382
Telephone: 610-436-6220

Ross Campbell
**COAST LAW GROUP LLP**
Ross@CoastLawGroup.com
140 S Coast Hwy 101,
Encinitas, CA 92024
Telephone: 760-670-4554

*Counsel for Plaintiffs in Doe 1, et al. v. X.AI Corp. et al., No. 5:26-cv-09617-PCP (N.D. Cal.)*

**Attestation Pursuant to Local Rule 5-1(i)(3)**

Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated October 22, 2026

/s/ [signature]
Annika K. Martin

**~~[PROPOSED]~~ ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: October 23, 2026

HON. P. CASEY PITTS
UNITED STATES DISTRICT JUDGE